UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-              Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

    Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

    Relief Defendants.

## ORDER

This case is before the Court on Receiver's Motion To Expand Receivership To Include Kirkland's Unit At Sunset Bay And Two Refund Checks From Ohio Savings Bank to Kirkland (Doc. No. 113) filed May 31, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objection filed by Defendant Patrick Kirkland, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 8, 2006 (Doc. No. 158) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receivership is expanded to include the real property located at 7346 Kauai LP 1, Unit #202, New Port Richey, Florida 34653-6148, and the two refund checks issued by Ohio Savings Bank.

3. The Receiver is permitted to negotiate the refund checks and hold the proceeds in an interest bearing account pending the outcome of the interlocutory appeal.

4. The Receiver shall not liquidate the real property pending the outcome of the interlocutory appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _12_ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party