# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

-vs-                Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING
CORPORATION,

      Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY,
INC.,

      Relief Defendants.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **RECEIVER'S MOTION TO ABANDON PEMBROOKE TOWNHOUSES (Doc. No. 184)**
>
> **FILED:**   November 2, 2006
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The receivership estate in this case includes three townhouses located in Riverdale, Georgia, in the motion, known as the Pembrooke Townhouses.  *See* Doc. No. 78.  The Receiver represents that she has now learned that the estimated value of the Pembrooke Townhouses is likely less than the outstanding mortgages on the townhouses.  Accordingly, she seeks to abandon the Pembrooke Townhouses and remove them from the receivership estate.

The Receiver represents that neither the SEC nor Defendant Kirkland object to the relief sought in the present motion.  No responses to the motion have been filed, and the time for responding has passed.

Accordingly, I respectfully recommend that the Court **GRANT** the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within **eleven (11) days** from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 20, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy