# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-vs-                                            Case No.  6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

          Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

          Relief Defendants.

_____

## ORDER

This case is before the Court on the Receiver's Motion To Authorize Sale By Auction Of Specific Real Property (Doc. No. 175) filed October 18, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed November 20, 2006 (Doc. No. 194) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Receiver's Motion to Authorize Sale by Auction of Specific Real Property (Doc. No. 175) is **GRANTED**.  The Receiver may proceed to sell the Polk County property by public auction within thirty (30) days from the date of this Order.  The Receiver is also authorized to utilize Ewald Enterprises, Inc. as the auctioneer.

3.      The minimum sales price for the Polk County Property as described in the Receiver's Motion is Three Hundred Eight Thousand Eight Hundred Dollars ($308,800.00).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11th__ day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-