UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

-vs-  Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

Relief Defendants.

## ORDER

This case is before the Court on the Receiver's First Interim Application For Authorization To Pay Receiver's And Holland & Knight's Fees and Costs (Doc. No. 169) filed September 29, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and considering the Receiver's objection (Doc. No. 220), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 4, 2007 (Doc. No. 211) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's First Interim Application for Authorization to Pay Receiver's and Holland & Knight's Fees and Costs (Doc. No. 169) is **DENIED without prejudice.**

3. The Receiver is instructed not to include in any future fee applications, the fees and costs incurred in preparing the present application because it was inadequate on its face as discussed in the Report and Recommendation.

4. In any renewed motion, the Receiver shall address the concerns raised by Defendant Kirkland in his opposition to the Receiver's application, including and in particular, the arguments regarding the pendency of the interlocutory appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of February, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party