**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

-vs-                                                              Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

Relief Defendants.
_____

# ORDER

This case is before the Court on the Receiver's Renewed Motion to Compel Patrick Kirkland to Execute a Power of Attorney with Respect to the Coachman's House (Doc. No. 179) filed October 27, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 1, 2007 (Doc. No. 221) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver shall submit a revised form of power of attorney that has been reviewed by Jim Cormack, a soliciter and partner at the law firm of McGrigors LLP located in Edinburgh, Scotland to ensure that it conforms to the requirements of Scots Law.

3. The revised power of attorney should not contain a provision allowing Mr. Kirkland to withdraw it, and, it should not authorize the Receiver to sell or otherwise dispose of the Coachman's House except on further order of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of February, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party