UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-vs-                                    Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

        Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

        Relief Defendants.
_____

## ORDER

This case is before the Court on Receiver's Motion To Allow Reduced Auction Sale Price of Specific Real Property (Doc. No. 223) filed February 8, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] See Order at Doc. No. 237 requiring objections to be filed by February 28, 2007.

1. That the Report and Recommendation filed February 22, 2007 (Doc. No. 235) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion To Allow Reduced Auction Sale Price Of Specific Real Property (Doc. No. 223) is **GRANTED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party