**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

                **Plaintiff,**

**-vs-**                                **Case No.  6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

                **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

                **Relief Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT PATRICK KIRKLAND'S MOTION TO STRIKE PLAINTIFF'S NOTICE OF FILING ADDITIONAL EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST PATRICK KIRKLAND (Doc. No. 252)
>
> **FILED:** March 20, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Securities and Exchange Commission (SEC) filed a motion for summary judgment against Defendant Patrick Kirkland on November 9, 2006, which it supported with numerous exhibits. Doc. No. 188. Kirkland responded to the motion on December 11, 2006. Doc. No. 203.

On March 19, 2007, after the motion was fully briefed, the SEC filed Plaintiff's Notice of Filing Additional Evidence in Support of Its Motion for Summary Judgment Against Patrick Kirkland. Doc. No. 251. It attached the transcript of a hearing before the Magistrate Judge at which Kirkland made a statement of his position regarding issues then before the Court. The motion for summary judgment was not one of the matters under consideration at the hearing. Kirkland now moves to strike the notice and supplemental evidence as untimely filed. Doc. No. 252. The SEC opposes the motion, arguing, among other things, that "[t]he fact that the [SEC] filed its summary judgment motion well ahead of [the] deadline . . . does not preclude us from continuing to litigate the case, take discovery, and alert the Court to additional evidence in support of the motion." Doc. No. 254 at 1.

The SEC's position is not well taken. In the Case Management and Scheduling Order, the Court advised the parties that a motion for summary judgment would be taken under advisement thirty days from the date it is served. Doc. No. 116 at 7. Once the motion is taken under advisement, it would be unfair to permit the record to be reopened for the submission of new evidence, because there would be no opportunity for the opposing party to address the new evidence. Furthermore, as a practical matter, the Court could never be assured that a dispositive motion was ripe for consideration if the parties were permitted to submit additional evidence without leave of Court after the motion was

fully briefed. Accordingly, Plaintiff's Notice of Filing Additional Evidence in Support of Its Motion for Summary Judgment Against Patrick Kirkland, doc. no. 251, is **STRICKEN**.[1]

Because the transcript attached to the motion is the record of a proceeding before the Court, it is not appropriate to strike the transcript from the record. Accordingly, the Clerk of Court is directed not to delete from the file Plaintiff's Notice of Filing Additional Evidence in Support of Its Motion for Summary Judgment Against Patrick Kirkland, and the transcript filed therewith.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The SEC may move to withdraw its summary judgment motion with leave to resubmit it before the date for filing dispositive motions set forth in the Case Management and Scheduling Order if it wishes an opportunity to present additional evidence obtained through discovery or otherwise.