# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      **Plaintiff,**

-vs-              Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING
CORPORATION,

      **Defendants,**

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY,
INC.,

      **Relief Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO STRIKE (Doc. No. 203)
>
> **FILED:** December 11, 2006
>
> ———
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

In his response to the motion for summary judgment, Defendant Patrick Kirkland asks that the Court strike thirty of the exhibits submitted by the Securities and Exchange Commission (SEC) in support of the motion for summary judgment. In response, the SEC withdraws Exhibits 7 and 44 as either not properly sworn or not properly authenticated. Doc. No. 208 at 6 n.2. Accordingly, the motion is **GRANTED** as to Exhibits 7 and 44. These exhibits will not be considered by the Court.

With respect to the remaining exhibits, the presiding district judge will consider each of the exhibits when ruling on the motion for summary judgment and afford each exhibit, or part thereof, only the weight it is entitled to receive under the law. Accordingly, the motion to strike the remaining exhibits at issue in the motion is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties