UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-                                    Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

    Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

    Relief Defendants.

## ORDER

This case is before the Court on the Receiver's Motion to Authorize Sale of Pelican Bay Property (Doc. No. 274) filed May 4, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 18, 2007 (Doc. No. 294) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion to Authorize Sale of Pelican Bay Property (Doc. No. 274) is **GRANTED**.

3. The Receiver may proceed with the public sale of the real property owned by Relief Defendant Pelican Bay Club, Inc., which consists of five residential buildings, one clubhouse, supporting infrastructure, as well as undeveloped land, located in Brevard County, Florida ("the Pelican Bay Property") as set out in the motion (Doc. No. 274).

4. Prior to the auction, the Receiver shall publish the auction particulars at least one (1) time a week for 4 weeks in a newspaper regularly issued and of general circulation in Brevard County, Florida.

5. After the auction is completed, the Receiver shall file a request for Court approval of the sale, at which time an approval hearing will be scheduled.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _14_ day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party