# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                **Plaintiff,**

-vs-                                         Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING
CORPORATION,**

                **Defendants,**

**SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY,
INC.,**

                **Relief Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** WATERMARK CONSTRUCTION L.P.'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF OBJECTING TO SALE OF PELICAN BAY PROPERTY (Doc. No. 300)
>
> **FILED:** June 22, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** for the limited purpose of permitting Watermark Construction LP to object to the sale of the Pelican Bay Property.

-2-

In any future motions, Watermark Construction LP shall certify compliance with the requirements of Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties