**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

-vs-                                  Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

        **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

        **Relief Defendants.**

---

## ORDER

This case is before the Court on the Joint Motion for an Order to Show Cause Why Patrick Kirkland Should Not Be Held in Contempt for Violating the Asset Freeze Against Him (Doc. No. 256) filed April 5, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 27, 2007 (Doc. No. 310) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for an Order to Show Cause Why Patrick Kirkland Should Not Be Held in Contempt for Violating the Asset Freeze Against Him (Doc. No. 256) is **GRANTED in part.**

3. Defendant Patrick Kirkland is ordered to show cause within fifteen (15) days from the date of this Order why he should not be held in contempt of this Court's Order of Preliminary Injunction entered on February 24, 2006 (Doc. No. 30) by violating the asset freeze contained therein, and why sanctions should not be imposed for such violation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party