UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-vs-                                          Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

          Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

          **Relief Defendants.**

## ORDER

This case is before the Court on the Receiver's Motion to Authorize Settlement of Payment of Federal Tax Lien From Proceeds of Sale of Alpharetta Home and Disburse Remaining Funds (Doc. No. 397) filed January 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the United States of America and Patrick Kirkland[1], the Court

---

[1] Mr. Kirkland filed his objections to the *motion* (Doc. 449) after issuance of the Report and Recommendation (Doc. 439). Mr. Kirkland did not file a specific objection to the Report and Recommendation. The Court has reviewed Mr. Kirkland's objection to the motion, and

agrees with the findings of fact and conclusions of law in the Report and Recommendation, amended to incorporate the limited objection from the Unites States. (Doc. 450). Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 13, 2008 (Doc. No. 439) is **ADOPTED** and **CONFIRMED, amending same to incorporate the limited objection of the United States,** and made a part of this Order.

2. The Receiver's Motion to Authorize Settlement Payment of Federal Tax Lien from Proceeds of Sale of Alpharetta Home and Disburse Remaining Funds (Doc. No. 397) is **GRANTED**.

3. The Receiver is directed to pay the amount of $28,454.00 to the U.S. Treasury in settlement of the tax lien and to send the payment by overnight mail to the addressee named in the motion.

4. The Internal Revenue Service ("IRS") is directed to provide a certificate discharging property of the receivership estate from its federal tax liens upon receipt of the payment.

5. The Receiver is further directed to transfer the remaining proceeds of Mr. Kirkland's interest in the sale of the Alpharetta home (approximately $268,871.72 plus interest) from the escrow account of the receivership estate after she receives the discharge from the IRS.

_____

his objections are overruled.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_7\_\_ day of May, 2008.

                                               JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party