UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

-vs-                               Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

    Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

    Relief Defendants.

___

## ORDER

This case is before the Court on the Receiver's Motion to Compel BB&T to Pay Excess Proceeds from Foreclosure Sale of Property Owned by North Georgia Properties LLC to Receiver to Hold in Escrow Pending Determination of Tropical Village's Interest in the Excess Proceeds (Doc. No. 401) filed January 18, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 17, 2008 (Doc. No. 487) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion to Compel BB&T to Pay Excess Proceeds from Foreclosure Sale of Property Owned by North Georgia Properties LLC to Receiver is **DENIED**.

3. BB&T is granted the authority to institute an interpleader action in Georgia regarding the excess funds.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7 day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party