# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

-vs-                                Case No.  6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

                    Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

                    Relief Defendants.

---

# ORDER

This case is before the Court on the Receiver's Renewed Initial Application for Approval of Fees and Costs of Receiver's Accountants (Doc. No. 352) filed September 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the Receiver (Doc. 422), and the Order Amending the Report and Recommendation (Doc. 466)[1], the Court agrees entirely with the findings of fact and

---

[1] No objections were filed to the Order Amending Report and Recommendation.

conclusions of law in the Report and Recommendation (Doc. No. 413) as amended in the subsequent Order (Doc. No. 466).  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed February 11, 2008 (Doc. No. 413), as amended on April 2, 2008 (Doc. No. 466), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Receiver's Renewed Initial Application for Approval of Fees and Costs of Receiver's Accountants (Doc. No. 352) is **GRANTED in part.**

3.      The Receiver is authorized to disburse $251,892.25 in professional fees and $2,983.12 in expenses from the receivership estate to Grant Thornton LLP.

4.      The Receiver is authorized to disburse $8,407.00 in professional fees and $39.82 in expenses from the receivership estate to Kapila & Company.

5.      The Court has not considered the additional evidence presented by Grant Thornton LLP in its Motion for Reconsideration (Doc. 429) as consideration of the available but previously unsubmitted information is not warranted.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____7_____ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party