# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

　　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

　　　　　Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

　　　　　Relief Defendants.

---

## ORDER

　　This case is before the Court on the Renewed Initial Application for Approval of Receiver's Fees and Costs (Doc. No. 348) and the Renewed Initial Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 353), both filed September 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be granted in part and denied in part.

　　After an independent *de novo* review of the record in this matter, and consideration of the Receiver's Objections to the Magistrate's Report and Recommendation (Doc. No.

579), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 30, 2008 (Doc. No. 563) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Initial Application for Approval of Receiver's Fees and Costs (Doc. No. 348) is granted in part and denied in part.

3. The Renewed Initial Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 353) is granted in part and denied in part.

4. The Receiver is authorized to disburse funds to pay $43,740.00 for the Receiver's fees.

5. The Receiver is authorized to disburse funds to pay $310,768.38 for Holland and Knight's fees (including contract paralegal fees).

6. The fees authorized to be disbursed in this Order are for the period of time from February 15, 2006 to May 31, 2006.

7. The Receiver and Holland and Knight shall file a motion for award of fees and costs related to the Pelican Bay Project separately from any further motions for an award of fees and costs with respect to work unrelated to the Pelican Bay Project.

8. The Receiver and Holland and Knight shall file a memorandum of law, and evidence as necessary, with respect to the conflict of interest between Holland and Knight and BPNA in support of motions for an award of fees and costs with respect to work related to the Pelican Bay Project.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_5\_\_\_ day of September, 2008.

                                                    JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party