UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-vs-                                      Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

        Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

        Relief Defendants.

## ORDER

This case is before the Court on Receiver's Motion to Approve Terms of Sale of 2005 Harley Davidson Motorcycle Pursuant to 28 U.S.C. §§ 2001(B) and 2004 and Motion to Set Hearing Date and to Accept Previous Publication as Notice of Sale (Doc. No. 580) filed August 1, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted if the Court is satisfied after a confirmation hearing that the sale is appropriate.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 20, 2008 (Doc. No. 581) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. There will be a hearing on **Tuesday, September 23, 2008 at 9:30 a.m.** before the Honorable John Antoon, II to confirm the sale of the 2005 Harley Davidson motorcycle.

3. The Receiver is directed to provide notice of the hearing to the proposed buyer, all other persons who previously made an offer, and any other interested parties in advance of the confirmation hearing.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __12__ day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party