UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-vs-                                     Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

        Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

        Relief Defendants.
_____

## ORDER

This case is before the Court on the Renewed Initial Application for Approval of Receiver's Fees and Costs (Doc. No. 348) and the Renewed Initial Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 353) both filed September 28, 2007.[1] The United States Magistrate Judge has submitted a report recommending that the motions be granted in part and denied in part.

---

[1] This Order addresses the costs set forth in these motions. A separate Order has been entered as to the fees. See Doc. No. 585.

After an independent *de novo* review of the record in this matter, and consideration of the Receiver's Objections to the Report and Recommendation (Doc. No. 584), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 21, 2008 (Doc. No. 583) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Initial Application for Approval of Receiver's Fees and Costs (Doc. No. 348) is granted in part and denied in part.

3. The Renewed Initial Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 353) is granted in part and denied in part.

4. The Receiver is authorized to disburse funds to pay for the following: the Receiver's costs in the amount of $313.56 and Holland & Knight's costs in the amount of $34,555.67.

5. The costs authorized to be disbursed in this Order are for the period of time from February 15, 2006 to May 31, 2006.

6. The Receiver and Holland & Knight shall file a new motion for reimbursement of fees and costs incurred after May 31, 2006, and for the actual computerized legal research costs incurred since the inception of the receivership, without incorporating by reference any of the evidence submitted in support of the present motions.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29__ day of September, 2008.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party