UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-                                        Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

    Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

    Relief Defendants.

## ORDER

This case is before the Court on Non-Party Movant, Austell Road Holding, Inc.'s Motion to Enforce Order and Require Disbursement of Receivership Funds (Doc. No. 423) filed February 26, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 9, 2008 (Doc. No. 586) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Enforce Order and Require Disbursement of Receivership Funds (Doc. No. 423) is **GRANTED**.

3. The Receiver is ordered to pay Austell Road Holding, Inc. $41,257.61 as Summerhill Ventures, Inc.'s pro rata share of the *ad valorem* taxes.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29 day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party