# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

-vs-                                    Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

    Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

    Relief Defendants.

## ORDER

This case is before the Court on the Application of Robert F. Higgins, Esquire and the Law Firm of Lowndes, Drosdick, Kantor & Reed, Professional Association, for an Allowance and Payment of Compensation and Reimbursement of Expenses (Doc. No. 589) filed September 12, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2008 (Doc. No. 601) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application of Robert F. Higgins, Esquire and the Law Firm of Lowndes, Drosdick, Kantor & Reed, Professional Association, for an Allowance and Payment of Compensation and Reimbursement of Expenses (Doc. 589) is **GRANTED in part** and **DENIED in part.**

3. The Receiver is permitted to disburse $70,029.00 to the law firm of Lowndes, Drosdick, Kantor & Reed in payment of legal services rendered in this matter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10 day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party