UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-              Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

    Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

    Relief Defendants.
_____

## ORDER

This case is before the Court on Receiver's Motion for Hearing Pursuant to 28 U.S.C. § 2001 to Authorize Sale of Sunset Bay Property and For Appointment of Appraiser to Provide Appraisal of Sunset Bay Property (Doc. No. 608) filed April 3, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 27, 2009 (Doc. No. 610) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion for Hearing to authorize the sale of the Sunset Bay Property is **GRANTED**. A hearing will be held on **Tuesday, June 9, 2009 at 9:30 a.m.** before the Honorable John Antoon in Courtroom 6B of the George C. Young Federal Courthouse Annex at 401 West Central Boulevard, Orlando, Florida 32801.

3. The Receiver's Motion to Appoint an Appraiser to Provide an Appraisal of the Sunset Bay Property is **GRANTED**. Nicholas Clarizio is appointed as the appraiser, *nunc pro tunc*, to provide an appraisal of the Sunset Bay Property. The requirements of 28 U.S.C. § 2001(b) are waived with respect to the sale of the Sunset Bay Property.

4. The Receiver is directed to provide notice of the hearing to the proposed buyer and any other interested parties in advance of the hearing.

5. The Receiver shall publish the terms of the sale, Doc. No. 608-5, in the West Pasco Press at least ten (10) days before confirmation of private sale of the Sunset Bay Property.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party