UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-vs-                                              Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

Defendants,

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

Relief Defendants.

## ORDER

This case is before the Court on the Receiver's Application for Approval to Pay McGrigors LLP's Fees and Costs (Doc. No. 612) filed May 1, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 10, 2009 (Doc. No. 620) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Application for Approval to Pay McGrigors LLP's Fees and Costs (Doc. No. 612) is **GRANTED in part.**

3. The Receiver is authorized to pay McGrigors attorney's fees in the amount of £ 20,193.00, to be paid out of the proceeds being held in escrow by McGrigors.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of July, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party