# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                 **Plaintiff,**

-vs-                           **Case No.  6:06-cv-183-Orl-28KRS**

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING CORPORATION,

                 **Defendants,**

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY, INC.,

                 **Relief Defendants.**

---

## ORDER

This case is before the Court on the Receiver's Renewed Motion for Authority for Receiver to Pay Auctioneer Pursuant to Court's Order dated May 11, 2006 (Doc. No. 611) filed April 28, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed October 29, 2009 (Doc. No. 632) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Receiver's Renewed Motion for Authority for Receiver to Pay Auctioneer Pursuant to Court's Order dated May 11, 2006 (Doc. No. 611) is **GRANTED in part.**

3.      The Receiver is authorized to pay Ewald Enterprises, Inc. the sum of $57,560.00 from the general assets of the receivership for conducting the auction of receivership property located in Marietta, Georgia titled in the name of Summerhill Ventures, Inc..

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___ / ___ day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-