PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 6-9-2010 FOR MAILING
DATE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**
    Plaintiff,

v.                                          Case No. **6:06-cv-183-Orl-28-KRS**

**PATRICK BOYD KIRKLAND,**
Tropical Village, Inc.
Clarity Development Corp.
Senior Adult Living Corp.

**DEFENDANTS**:

Sunset Bay Club, Inc.
Summerhill Ventures, Inc.
Pelican Bay Club, Inc.
Isleworth Adult Community, Inc.
_____Relief Defendant(s)._____/

2010 JUN 14 PM 1: 15
US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO
FILED

## DEFENDANT'S  MOTION TO REQUIRE RECEIVER, _JUDITH M. MERCIER_, ESQUIRE, TO REPAY SEVENTEEN MILLION DOLLARS ($17,000,000) TO THE PATRICK BOYD KIRKLAND ESTATE

Defendant, Patrick Boyd Kirkland, Pro Se, et.al., files this **DEFENDANT'S MOTION TO REQUIRE RECEIVER, _JUDITH M. MERCIER_, ESQUIRE, TO REPAY SEVENTEEN MILLION DOLLARS ($17,000,000) TO THE PATRICK BOYD KIRKLAND ESTATE** pursuant to the Federal Rules of Civil Procedure and states:

1.      That on February 16, 2006, Judith M. Mercier/Holland & Knight Law Firm (Mercier) took over total control of all of Patrick Boyd Kirkland's (Kirkland) Corporations and his personal assets.

2.      That at the time of the assignment of Kirkland's assets to Mercier, the Net Value of these assets was approximately Twenty Million Dollars ($20,000,000).

SCANNED

3.     That it's Defendant's understanding that the *present* Net Value of Kirkland's Estate at the filing of this Motion is approximately Three Million Dollars ($3,000,000); thus revealing a serious depletion and/or loss of Seventeen Million Dollars ($17,000,000).

4.     That Receiver, Mercier, *actually* admitted to the Internal Revenue Service (IRS) that she (Mercier), as the Receiver for the Kirkland Estate, has lost more than Thirteen Million, Three Hundred Twenty-Five Thousand Dollars, ($13,325,000) by just managing or mis-managing the Kirkland Corporations under her care and control. (See Attached Exhibit "A" containing Schedule K-1's Mercier submitted to the IRS on behalf of Defendant Kirkland Corporations.)

5.     That the Seventeen Million Dollar ($17,000,000) loss sustained by Receiver Mercier was due to her professional incompetence, business inexperience, extremely poor or total lack of any reasonable judgment and gross negligence. This Court's Mandate to her, Receiver Mercier, was to **_PRESERVE_** the assets of the Kirkland Estate.

6.     That this loss of Seventeen Million Dollars ($17,000,000) perpetrates a fraud on this Honorable Court. It is a travesty of justice, and is not in good keeping or conformance with the spirit and intent of this Honorable Court's intention to preserve the assets for the benefit of the investors and/or the Kirkland Estate.

7.     That the following is *but one example* of the professional incompetence and gross negligence of Receiver Mercier:

     A.     When Judith Mercier, Esq. (Holland & Knight Law Firm) first took control of Kirkland's Corporations in February 16, 2006, *Sunset Bay Club, Inc.* had just closed on two (2) triplexes with a sales price of $825,000 each, for a total of $1,650,000 dollars, which were *free and clear of any debt.* The net check of $1,500,000 was *at the* Title Company ready to be picked up when Receiver Mercier called the

Title Company and told them (the Title Company) to *rescind* the closing and *send the check back to the lender*. Two (2) months later, Receiver Mercier called the same Purchaser and offered the *same* two (2) triplexes for a $200,000 lower sales price. The purchaser stated to Receiver Mercier that he (the Purchaser) wanted *only* to deal with Mr. Kirkland and *refused the offer*.

At a later date, Receiver Mercier petitioned this court to allow her to sell the *very same two triplexes* for $95,000 *EACH*, for a total of $190,000. This sales amount sought by Receiver Mercier was a $1,310,000 *LOSS* of Net Income to the Kirkland Corporation, *Sunset Bay Club, Inc.* Had Receiver Mercier *SIMPLY LEFT THE TRANSACTION ALONE, THERE WOULD HAVE BEEN AN INCOME OF $1,500,000*. The mere fact that Receiver Mercier *made the call* to the Title Company to *rescind* the real estate closing transaction (a transaction that was already *CLOSED*, funded and disbursed) is prima facie evidence of the severe unintelligent, imbecilic, irresponsible, idiotic actions on the part of the Receiver Mercier. *WHAT WAS RECEIVER MERCIER THINKING ? ? ?*

8.    That the foregoing example is but *one of many* brainless blunders performed by Receiver Mercier, as this Court is well aware.

9.    That the frustration, anxiety, and distress displayed in this pleading by Defendant Kirkland is not to be construed as directed at this Honorable Court, but at the actions of the Receiver Mercier.

The Defendant, Patrick B. Kirkland, is requesting this Court to do the following:

1.) Require Ms. Judith Mercier, the Receiver to submit a detail accounting of Income and Expenses since she took control of the Patrick B. Kirkland Estate to this Court and to the Defendant Patrick B. Kirkland.

2.) To Order Ms. Judith Mercier/Holland & Knight to repay the loss she incurred of Seventeen Million dollars (-$17,000,000) to the Patrick B. Kirkland Estate.

See:

*Medical Development In. Del. Corp. V. Calf. Dept. Of Corrections*, 585 F.3d 1211

[9] "Judicial immunity does extend to everything a Receiver may do in the course of performing his responsibilities or to every kind of lawsuit that might be filed against a Receiver."

Appeal court found that "the primary question presented to us is whether the receiver is immune from suit. We conclude that in the circumstances presented here the Receiver May be sued in his official capacity and he is not covered by Judicial immunity.

*Liberte Capt. Group v. James Copwill*, 462 F.3d 543 (CA 6 (Ohio) 2006)

[7] "A Receiver's Role, and the district court's purpose in the appointment, is to **safeguard** the disputed assets, administer the property as suitable, and to assist the district court in achieving a final equitable distribution of the assets  if necessary."

*M.C. Multi-Family Development, LLC v. Crestdale Assoc, Ltd.*, 193 P.3d 536, 542-43 (Nev. 2008).

Fiduciary Responsibility:

"Additionally conversion is an act of general intent, which do not require wrongful intent and is not excused by care, good faith, or lack of knowledge."

*Federal Home Loan Mortg. Corp. V. Spark Tarrytown, Inc.* 829 F.Supp 82 (S.D. N.Y. 1993)

[1]   "Receiver acts as officer of court and has duty to **preserve** and **protect** property pending outcome of litigation."

[3]   Subsequent to appointment of Receiver, Court retains equitable power to review actins, of receiver and propriety of continuing receivership.

[4]   "Receiver must fulfill legal and statutory duties of **preserving** and **protecting** property while discharging fiduciary responsibilities."

*F.D.I.C. v. J.D.L. Associates*, 866 F.Supp 76 (D. Conn 1994)

[4]   Before a party will be authorized to sue court-appointed receiver in foreclosure action, party must allege facts which, if proven would clearly demonstrate entitlement to relief against receiver.

*S.E.C. v. TLC Investments and Trade Co.*, 147 F.Supp 2d 1031 (C.D. Calf. 2001)

[3]   District court's power to supervise equity receivership and to determine appropriate action to be taken in administration of receivership is broad.

*Medical Development v. Manufactures Life Ins. Co.*, 585 F.3d 1211 (CA9 Col. 2009)

[9]   "Judicial immunity does not extend to everything a Receiver may do....."

3.)   To request an investigation by an appropriate authority as to the true cost of expenses and the true income, including but not limited to unreported income, rebates, refunds, and kickbacks to Ms. Judith Mercier/Holland & Knight and/or any of their employees.  To investigate any S.E.C. employee that received employment at Holland & Knight for special favors involving this case.

Thank you for your consideration.

Submitted this __**9**<sup>th</sup>__ day of **June**, 2010.

Respectfully submitted,

Patrick B. Kirkland, Pro Se
Defendant et.al.
River Junction Work Camp
300 Pecan Lane
Chattahoochee, Florida 32324-1558
DC No. X67458

## **EXHIBIT A**

## **SUMMARY OF K-1's**
## **SUBMITTED TO THE IRS**
## **BY JUDITH MERCIER, RECEIVER**

| Positive Cash Flow | Corporation and Year | | Loss of Cash Flow |
|---|---|---|---|
| +      868.00 | 2006 | Senior Adult Living, Inc. | -$287,052.00<br>-$ 14,622.00 |
| +   1,768.00 | 2006 | Pelican Bay Club, Inc. | |
| +      14.00 | 2007 | Senior Adult Living, Inc. | -$414,690.00<br>-$ 84,419.00 |
| +      115.00 | 2007 | Pelican Bay Club, Inc. | |
| <u>+ 31,048.00</u><br>$33,813.00 Total Income | 2008 | Senior Adult Living, Inc. | -$911,554.00<br>-$417,064.00 |
| | 2008 | Pelican Bay Club, Inc. | <u>-$11,229,619.00</u> |
| | | **TOTAL LOSS**<br>**Less Income** | ($13,359,020.00)<br><u>       33,813.00</u> |
| | | **NET TOTAL LOSS** | **(<u>$13,325,207.00</u>)** |

SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 14, 2010

Patrick B. Kirkland, Inmate #X67468
River Junction Work Camp, 300 Pecan Lane
Chattahoochee, FL 32324-3700

RE:
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
20-3608431
2006 S Corporation Schedule K-1 (Form 1120S)

Dear Patrick B. Kirkland, Inmate #X67468:

Enclosed is your 2006 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions, Credits, Etc. from SENIOR ADULT LIVING CORPORATION.  This information reflects the amounts you need in order to complete your income tax return.  The amounts shown are your distributive share of tax items from the S Corporation to be reported on your tax return and may not correspond to the actual distributions you have received during the year. This information is included in the S Corporation's 2006 federal income tax return that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SENIOR ADULT LIVING CORPORATION .

Enclosure(s)

671106

| Schedule K-1 (Form 1120S) | **2006** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0130 |
| --- | --- | --- | --- |

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____, 2006
ending _____, _____

## Shareholder's Share of Income, Deductions, Credits, etc. ▸ See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number
20-3608431

**B** Corporation's name, address, city, state, and ZIP code
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

**C** IRS Center where corporation filed return
OGDEN, UT

**D** ☐ Tax shelter registration number, if any _____
**E** ☐ Check if Form 8271 is attached

| **Part II** | Information About the Shareholder |
| --- | --- |

**F** Shareholder's identifying number
████████████

**G** Shareholder's name, address, city, state, and ZIP code
PATRICK B. KIRKLAND, INMATE #X67468
RIVER JUNCTION WORK CAMP, 300 PECAN LANE
CHATTAHOOCHEE, FL 32324-3700

**H** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . . . .   100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

| # | Description | # | Description |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss)  −287,052. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  868. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss)  −14,622. | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 868. |

*See attached statement for additional information.

BAA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.   Schedule K-1 (Form 1120S) 2006
SHAREHOLDER 1

SPSA0412L   06/28/06

14

Schedule K-1 (Form 1120S) 2006   **SENIOR ADULT LIVING CORPORATION**   20-3608431   Page 2

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**



1 **Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2 **Net rental real estate income (loss)** — See the Shareholder's Instructions

3 **Other net rental income (loss)**
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

4 **Interest income** — Form 1040, line 8a
5a **Ordinary dividends** — Form 1040, line 9a
5b **Qualified dividends** — Form 1040, line 9b
6 **Royalties** — Schedule E, line 4
7 **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
8a **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
8b **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
8c **Unrecaptured section 1250 gain** — See the Shareholder's Instructions
9 **Net section 1231 gain (loss)** — See the Shareholder's Instructions
10 **Other income (loss)**

*Code*
| A Other portfolio income (loss) | See the Shareholder's Instructions |
| B Involuntary conversions | See the Shareholder's Instructions |
| C Section 1256 contracts and straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub 535 |
| E Other income (loss) | See the Shareholder's Instructions |

11 **Section 179 deduction** — See the Shareholder's Instructions

12 **Other deductions**
| A Cash contributions (50%) | |
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | See the Shareholder's Instructions |
| D Noncash contributions (30%) | |
| E Capital gain property to a 50% organization (30%) | |
| F Capital gain property (20%) | |
| G Investment interest expense | Form 4952, line 1 |
| H Deductions — royalty income | Schedule E, line 18 |
| I Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| J Deductions — portfolio (2% floor) | Schedule A, line 22 |
| K Deductions — portfolio (other) | Schedule A, line 27 |
| L Preproductive period expenses | See the Shareholder's Instructions |
| M Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| N Reforestation expense deduction | See the Shareholder's Instructions |
| O Domestic production activities information | See Form 8903 Instructions |
| P Qualified production activities income | Form 8903, line 7 |
| Q Employer's W-2 wages | Form 8903, line 13 |
| R Other deductions | See the Shareholder's Instructions |

13 **Credits**
| A Low-income housing credit (section 42(j)(5)) | |
| B Low-income housing credit (other) | |
| C Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| D Other rental real estate credits | |
| E Other rental credits | |
| F Undistributed capital gains credit | Form 1040, line 70, check box a |
| G Credit for alcohol used as fuel | |
| H Work opportunity credit | See the Shareholder's Instructions |
| I Welfare-to-work credit | |
| J Disabled access credit | |
| K Empowerment zone and renewal community employment credit | Form 8844, line 3 |

*Code*
| | *Report on* |
|---|---|
| L Credit for increasing research activities | |
| M New markets credit | See the Shareholder's Instructions |
| N Credit for employer social security and Medicare taxes | |
| O Backup withholding | Form 1040, line 64 |
| P Other credits | See the Shareholder's Instructions |

14 **Foreign transactions**
| A Name of country or U.S. possession | |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D Passive | |
| E Listed categories | Form 1116, Part I |
| F General limitation | |

*Deductions allocated and apportioned at shareholder level*
| G Interest expense | Form 1116, Part I |
| H Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| I Passive | |
| J Listed categories | Form 1116, Part I |
| K General limitation | |

*Other information*
| L Total foreign taxes paid | Form 1116, Part II |
| M Total foreign taxes accrued | Form 1116, Part II |
| N Reduction in taxes available for credit | Form 1116, line 12 |
| O Foreign trading gross receipts | Form 8873 |
| P Extraterritorial income exclusion | Form 8873 |
| Q Other foreign transactions | See the Shareholder's Instructions |

15 **Alternative minimum tax (AMT) items**
| A Post-1986 depreciation adjustment | |
| B Adjusted gain or loss | |
| C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal — gross income | |
| E Oil, gas, & geothermal — deductions | |
| F Other AMT items | |

16 **Items affecting shareholder basis**
| A Tax-exempt interest income | Form 1040, line 8b |
| B Other tax-exempt income | |
| C Nondeductible expenses | See the Shareholder's Instructions |
| D Property distributions | |
| E Repayment of loans from shareholders | |

17 **Other information**
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D Basis of energy property | See the Shareholder's Instructions |
| E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G Recapture of investment credit | See Form 4255 |
| H Recapture of other credits | See the Shareholder's Instructions |
| I Look-back interest — completed long-term contracts | See Form 8697 |
| J Look-back interest — income forecast method | See Form 8866 |
| K Dispositions of property with section 179 deductions | |
| L Recapture of section 179 deduction | |
| M Section 453(l)(3) information | |
| N Section 453A(c) information | |
| O Section 1260(b) information | See the Shareholder's Instructions |
| P Interest allocable to production expenditures | |
| Q CCF nonqualified withdrawals | |
| R Information needed to figure depletion — oil and gas | |
| S Amortization of reforestation costs | |
| T Other information | |

**SHAREHOLDER 1 : PATRICK B. KIRKLAND, INMATE #X67468**    Schedule K-1 (Form 1120S) 2006

15E

PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 15, 2010

PATRICK B. KIRKLAND
6131 LOUISE COVE DRIVE
WINDERMERE, FL 34786

RE:
PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
43-1982524
2006 S Corporation Schedule K-1 (Form 1120S)

Dear PATRICK B. KIRKLAND:

It has been necessary to amend the 2006 S Corporation Income Tax Return for PELICAN BAY
CLUB, INC.. Enclosed is your amended 2006 Schedule K-1 (Form 1120S) Shareholder's Share
of Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to
determine if it is appropriate for you to amend your income tax return as a result of these
changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


PELICAN BAY CLUB, INC.

Enclosure(s)

671106

| | |
|---|---|
| ☐ Final K-1 | ☒ Amended K-1 | OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**

**2006**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____ , 2006
ending _____ .

## Shareholder's Share of Income, Deductions, Credits, etc. ▸ See page 2 of form and separate instructions.

**Part I**   **Information About the Corporation**

**A** Corporation's employer identification number
43-1982524

**B** Corporation's name, address, city, state, and ZIP code
PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

**C** IRS Center where corporation filed return
OGDEN, UT

**D** ☐ Tax shelter registration number, if any _____
**E** ☐ Check if Form 8271 is attached

**Part II**   **Information About the Shareholder**

**F** Shareholder's identifying number

**G** Shareholder's name, address, city, state, and ZIP code
PATRICK B. KIRKLAND
6131 LOUISE COVE DRIVE
WINDERMERE, FL 34786

**H** Shareholder's percentage of stock
ownership for tax year..................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

**Part III**   **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income    1,768. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 1,768. |

*See attached statement for additional information.

**BAA** For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.
Schedule K-1 (Form 1120S) 2006
SHAREHOLDER 1

SPSA0412L  06/28/06

13

Schedule K-1 (Form 1120S) 2006    **PELICAN BAY CLUB, INC.**    43-1982524    Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



| | | Report on |
|---|---|---|
| **1** | **Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows: | |
| | | *Report on* |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net real rental income (loss)** | See the Shareholder's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | **Interest income** | Form 1040, line 8a |
| **5a** | **Ordinary dividends** | Form 1040, line 9a |
| **5b** | **Qualified dividends** | Form 1040, line 9b |
| **6** | **Royalties** | Schedule E, line 4 |
| **7** | **Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| **8a** | **Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| **8b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8c** | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Shareholder's Instructions |
| | B Involuntary conversions | See the Shareholder's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub 535 |
| | E Other income (loss) | See the Shareholder's Instructions |
| **11** | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | **Other deductions** | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | See the Shareholder's Instructions |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Investment interest expense | Form 4952, line 1 |
| | H Deductions — royalty income | Schedule E, line 18 |
| | I Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | J Deductions — portfolio (2% floor) | Schedule A, line 22 |
| | K Deductions — portfolio (other) | Schedule A, line 27 |
| | L Preproductive period expenses | See the Shareholder's Instructions |
| | M Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | N Reforestation expense deduction | See the Shareholder's Instructions |
| | O Domestic production activities information | See Form 8903 Instructions |
| | P Qualified production activities income | Form 8903, line 7 |
| | Q Employer's W-2 wages | Form 8903, line 13 |
| | R Other deductions | See the Shareholder's Instructions |
| **13** | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) | |
| | B Low-income housing credit (other) | |
| | C Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| | D Other rental real estate credits | |
| | E Other rental credits | |
| | F Undistributed capital gains credit | Form 1040, line 70, check box a |
| | G Credit for alcohol used as fuel | |
| | H Work opportunity credit | See the Shareholder's Instructions |
| | I Welfare-to-work credit | |
| | J Disabled access credit | |
| | K Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| | | *Code* | *Report on* |
|---|---|---|---|
| | | L Credit for increasing research activities | |
| | | M New markets credit | See the Shareholder's Instructions |
| | | N Credit for employer social security and Medicare taxes | |
| | | O Backup withholding | Form 1040, line 64 |
| | | P Other credits | See the Shareholder's Instructions |
| **14** | **Foreign transactions** | | |
| | | A Name of country or U.S. possession | |
| | | B Gross income from all sources | Form 1116, Part I |
| | | C Gross income sourced at shareholder level | |
| | | *Foreign gross income sourced at corporate level* | |
| | | D Passive | |
| | | E Listed categories | Form 1116, Part I |
| | | F General limitation | |
| | | *Deductions allocated and apportioned at shareholder level* | |
| | | G Interest expense | Form 1116, Part I |
| | | H Other | Form 1116, Part I |
| | | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | | I Passive | |
| | | J Listed categories | Form 1116, Part I |
| | | K General limitation | |
| | | *Other information* | |
| | | L Total foreign taxes paid | Form 1116, Part II |
| | | M Total foreign taxes accrued | Form 1116, Part II |
| | | N Reduction in taxes available for credit | Form 1116, line I2 |
| | | O Foreign trading gross receipts | Form 8873 |
| | | P Extraterritorial income exclusion | Form 8873 |
| | | Q Other foreign transactions | See the Shareholder's Instructions |
| **15** | **Alternative minimum tax (AMT) items** | | |
| | | A Post-1986 depreciation adjustment | |
| | | B Adjusted gain or loss | |
| | | C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | | D Oil, gas, & geothermal — gross income | |
| | | E Oil, gas, & geothermal — deductions | |
| | | F Other AMT items | |
| **16** | **Items affecting shareholder basis** | | |
| | | A Tax-exempt interest income | Form 1040, line 8b |
| | | B Other tax-exempt income | |
| | | C Nondeductible expenses | See the Shareholder's Instructions |
| | | D Property distributions | |
| | | E Repayment of loans from shareholders | |
| **17** | **Other information** | | |
| | | A Investment income | Form 4952, line 4a |
| | | B Investment expenses | Form 4952, line 5 |
| | | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | | D Basis of energy property | See the Shareholder's Instructions |
| | | E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | | G Recapture of investment credit | See Form 4255 |
| | | H Recapture of other credits | See the Shareholder's Instructions |
| | | I Look-back interest — completed long-term contracts | See Form 8697 |
| | | J Look-back interest — income forecast method | See Form 8866 |
| | | K Dispositions of property with section 179 deductions | |
| | | L Recapture of section 179 deduction | |
| | | M Section 453(l)(3) information | |
| | | N Section 453A(c) information | |
| | | O Section 1260(b) information | |
| | | P Interest allocable to production expenditures | See the Shareholder's Instructions |
| | | Q CCF nonqualified withdrawals | |
| | | R Information needed to figure depletion — oil and gas | |
| | | S Amortization of reforestation costs | |
| | | T Other information | |

SPSA0412L  06/28/06

**SHAREHOLDER 1 : PATRICK B. KIRKLAND**     Schedule K-1 (Form 1120S) 2006

14

SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 14, 2010

Patrick B. Kirkland, Inmate #X67468
River Junction Work Camp, 300 Pecan Lane
Chattahoochee, FL 32324-3700

RE:
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
20-3608431
2007 S Corporation Schedule K-1 (Form 1120S)

Dear Patrick B. Kirkland, Inmate #X67468:

Enclosed is your 2007 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions,
Credits, Etc. from SENIOR ADULT LIVING CORPORATION. This information reflects the
amounts you need in order to complete your income tax return. The amounts shown are your
distributive share of tax items from the S Corporation to be reported on your tax return and may
not correspond to the actual distributions you have received during the year. This information is
included in the S Corporation's 2007 federal income tax return that was filed with the Internal
Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SENIOR ADULT LIVING CORPORATION

Enclosure(s)

671107

| Schedule K-1 | **2007** | | |
|---|---|---|---|

**Schedule K-1**
(Form 1120S)

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax

year beginning _____, 2007

ending _____ .

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0130

**Part III**   **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

**Shareholder's Share of Income, Deductions, Credits, etc.** ▸ **See page 2 of form and separate instructions.**

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
20-3608431

**B** Corporation's name, address, city, state, and ZIP code
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

**C** IRS Center where corporation filed return
OGDEN, UT

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
PATRICK B. KIRKLAND, INMATE #X67468
RIVER JUNCTION WORK CAMP, 300 PECAN LANE
CHATTAHOOCHEE, FL 32324-3700

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . .     100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | −414,690. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 14. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| | −84,419. | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 14. |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2007

SHAREHOLDER 1

SPSA0412L  09/19/07

12

Schedule K-1 (Form 1120S) 2007   **SENIOR ADULT LIVING CORPORATION**          20-3608431          Page 2

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1 Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

*Report on*

| | |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2 Net real real estate income (loss)** — See the Shareholder's Instructions

**3 Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4 Interest income** — Form 1040, line 8a
**5a Ordinary dividends** — Form 1040, line 9a
**5b Qualified dividends** — Form 1040, line 9b
**6 Royalties** — Schedule E, line 4
**7 Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
**8a Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
**8b Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c Unrecaptured section 1250 gain** — See the Shareholder's Instructions
**9 Net section 1231 gain (loss)** — See the Shareholder's Instructions
**10 Other income (loss)**

*Code*

| | |
|---|---|
| A Other portfolio income (loss) | See the Shareholder's Instructions |
| B Involuntary conversions | See the Shareholder's Instructions |
| C Section 1256 contracts and straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub 535 |
| E Other income (loss) | See the Shareholder's Instructions |

**11 Section 179 deduction** — See the Shareholder's Instructions
**12 Other deductions**

| | |
|---|---|
| A Cash contributions (50%) | |
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | See the Shareholder's Instructions |
| D Noncash contributions (30%) | |
| E Capital gain property to a 50% organization (30%) | |
| F Capital gain property (20%) | |
| G Investment interest expense | Form 4952, line 1 |
| H Deductions — royalty income | Schedule E, line 18 |
| I Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| J Deductions — portfolio (2% floor) | Schedule A, line 23 |
| K Deductions — portfolio (other) | Schedule A, line 28 |
| L Preproductive period expenses | See the Shareholder's Instructions |
| M Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| N Reforestation expense deduction | See the Shareholder's Instructions |
| O Domestic production activities information | See Form 8903 Instructions |
| P Qualified production activities income | Form 8903, line 7 |
| Q Employer's Form W-2 wages | Form 8903, line 15 |
| R Other deductions | See the Shareholder's Instructions |

**13 Credits**

| | |
|---|---|
| A Low-income housing credit (section 42(j)(5)) | |
| B Low-income housing credit (other) | |
| C Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| D Other rental real estate credits | |
| E Other rental credits | |
| F Undistributed capital gains credit | Form 1040, line 70, check box a |
| G Credit for alcohol used as fuel | |
| H Work opportunity credit | See the Shareholder's Instructions |
| I Welfare-to-work credit | |
| J Disabled access credit | |
| K Empowerment zone and renewal community employment credit | Form 8844, line 3 |

*Code*                                         *Report on*

| | |
|---|---|
| L Credit for increasing research activities | |
| M New markets credit | See the Shareholder's Instructions |
| N Credit for employer social security and Medicare taxes | |
| O Backup withholding | Form 1040, line 64 |
| P Other credits | See the Shareholder's Instructions |

**14 Foreign transactions**

| | |
|---|---|
| A Name of country or U.S. possession | |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| | |
|---|---|
| D Passive category | |
| E General category | Form 1116, Part I |
| F Other | |

*Deductions allocated and apportioned at shareholder level*

| | |
|---|---|
| G Interest expense | Form 1116, Part I |
| H Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | |
|---|---|
| I Passive category | |
| J General category | Form 1116, Part I |
| K Other | |

*Other information*

| | |
|---|---|
| L Total foreign taxes paid | Form 1116, Part II |
| M Total foreign taxes accrued | Form 1116, Part II |
| N Reduction in taxes available for credit | Form 1116, line 12 |
| O Foreign trading gross receipts | Form 8873 |
| P Extraterritorial income exclusion | Form 8873 |
| Q Other foreign transactions | See the Shareholder's Instructions |

**15 Alternative minimum tax (AMT) items**

| | |
|---|---|
| A Post-1986 depreciation adjustment | |
| B Adjusted gain or loss | |
| C Depletion (other than oil & gas) | See the Shareholder's Instructions and the |
| D Oil, gas, & geothermal — gross income | Instructions for Form 6251 |
| E Oil, gas, & geothermal — deductions | |
| F Other AMT items | |

**16 Items affecting shareholder basis**

| | |
|---|---|
| A Tax-exempt interest income | Form 1040, line 8b |
| B Other tax-exempt income | |
| C Nondeductible expenses | See the Shareholder's Instructions |
| D Property distributions | |
| E Repayment of loans from shareholders | |

**17 Other information**

| | |
|---|---|
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D Basis of energy property | See the Shareholder's Instructions |
| E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G Recapture of investment credit | See Form 4255 |
| H Recapture of other credits | See the Shareholder's Instructions |
| I Look-back interest — completed long-term contracts | See Form 8697 |
| J Look-back interest — income forecast method | See Form 8866 |
| K Dispositions of property with section 179 deductions | |
| L Recapture of section 179 deduction | |
| M Section 453(l)(3) information | |
| N Section 453A(c) information | |
| O Section 1260(b) information | See the Shareholder's Instructions |
| P Interest allocable to production expenditures | |
| Q CCF nonqualified withdrawals | |
| R Information needed to figure depletion — oil and gas | |
| S Amortization of reforestation costs | |
| T Other information | |

**SHAREHOLDER 1 : PATRICK B. KIRKLAND, INMATE #X67468**           Schedule K-1 (Form 1120S) 2007

13E

PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 15, 2010

PATRICK B. KIRKLAND
6131 LOUISE COVE DRIVE
WINDERMERE, FL 34786

RE:
PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
43-1982524
2007 S Corporation Schedule K-1 (Form 1120S)

Dear PATRICK B. KIRKLAND:

It has been necessary to amend the 2007 S Corporation Income Tax Return for PELICAN BAY
CLUB, INC.. Enclosed is your amended 2007 Schedule K-1 (Form 1120S) Shareholder's Share
of Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to
determine if it is appropriate for you to amend your income tax return as a result of these
changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


PELICAN BAY CLUB, INC.

Enclosure(s)

671107

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2007**

For calendar year 2007, or tax
year beginning _____ . 2007
ending _____

☐ Final K-1    ☒ Amended K-1    OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I  Information About the Corporation

**A** Corporation's employer identification number
43-1982524

**B** Corporation's name, address, city, state, and ZIP code

PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

**C** IRS Center where corporation filed return
OGDEN, UT

### Part II  Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

PATRICK B. KIRKLAND
6131 LOUISE COVE DRIVE
WINDERMERE, FL 34786

**F** Shareholder's percentage of stock
ownership for tax year.................... 100 %

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | 115. | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | | |
| | | | 17 | Other information |
| | | | A | 115. |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.          Schedule K-1 (Form 1120S) 2007
SHAREHOLDER 1

SPSA0412L   09/19/07

18

Schedule K-1 (Form 1120S) 2007  PELICAN BAY CLUB, INC.                    43-1982524                    Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

|  | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)** — See the Shareholder's Instructions

**3  Other net rental income (loss)**
| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Shareholder's Instructions |

**4  Interest income** — Form 1040, line 8a
**5 a  Ordinary dividends** — Form 1040, line 9a
**5 b  Qualified dividends** — Form 1040, line 9b
**6  Royalties** — Schedule E, line 4
**7  Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
**8 a  Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
**8 b  Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c  Unrecaptured section 1250 gain** — See the Shareholder's Instructions
**9  Net section 1231 gain (loss)** — See the Shareholder's Instructions
**10  Other income (loss)**
Code
| A  Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|
| B  Involuntary conversions | See the Shareholder's Instructions |
| C  Section 1256 contracts and straddles | Form 6781, line 1 |
| D  Mining exploration costs recapture | See Pub 535 |
| E  Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction** — See the Shareholder's Instructions
**12  Other deductions**
| A  Cash contributions (50%) | |
|---|---|
| B  Cash contributions (30%) | |
| C  Noncash contributions (50%) | See the Shareholder's Instructions |
| D  Noncash contributions (30%) | |
| E  Capital gain property to a 50% organization (30%) | |
| F  Capital gain property (20%) | |
| G  Investment interest expense | Form 4952, line 1 |
| H  Deductions — royalty income | Schedule E, line 18 |
| I  Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| J  Deductions — portfolio (2% floor) | Schedule A, line 23 |
| K  Deductions — portfolio (other) | Schedule A, line 28 |
| L  Preproductive period expenses | See the Shareholder's Instructions |
| M  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| N  Reforestation expense deduction | See the Shareholder's Instructions |
| O  Domestic production activities information | See Form 8903 Instructions |
| P  Qualified production activities income | Form 8903, line 7 |
| Q  Employer's Form W-2 wages | Form 8903, line 15 |
| R  Other deductions | See the Shareholder's Instructions |

**13  Credits**
| A  Low-income housing credit (section 42(j)(5)) | |
|---|---|
| B  Low-income housing credit (other) | |
| C  Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| D  Other rental real estate credits | |
| E  Other rental credits | |
| F  Undistributed capital gains credit | Form 1040, line 70, check box a |
| G  Credit for alcohol used as fuel | |
| H  Work opportunity credit | See the Shareholder's Instructions |
| I  Welfare-to-work credit | |
| J  Disabled access credit | |
| K  Empowerment zone and renewal community employment credit | Form 8844, line 3 |

|  | Report on |
|---|---|
| Code | |
| L  Credit for increasing research activities | |
| M  New markets credit | See the Shareholder's Instructions |
| N  Credit for employer social security and Medicare taxes | |
| O  Backup withholding | Form 1040, line 64 |
| P  Other credits | See the Shareholder's Instructions |

**14  Foreign transactions**
| A  Name of country or U.S. possession | |
|---|---|
| B  Gross income from all sources | Form 1116, Part I |
| C  Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D  Passive category | |
|---|---|
| E  General category | Form 1116, Part I |
| F  Other | |

*Deductions allocated and apportioned at shareholder level*
| G  Interest expense | Form 1116, Part I |
|---|---|
| H  Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| I  Passive category | |
|---|---|
| J  General category | Form 1116, Part I |
| K  Other | |

*Other information*
| L  Total foreign taxes paid | Form 1116, Part II |
|---|---|
| M  Total foreign taxes accrued | Form 1116, Part II |
| N  Reduction in taxes available for credit | Form 1116, line 12 |
| O  Foreign trading gross receipts | Form 8873 |
| P  Extraterritorial income exclusion | Form 8873 |
| Q  Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**
| A  Post-1986 depreciation adjustment | |
|---|---|
| B  Adjusted gain or loss | |
| C  Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D  Oil, gas, & geothermal — gross income | |
| E  Oil, gas, & geothermal — deductions | |
| F  Other AMT items | |

**16  Items affecting shareholder basis**
| A  Tax-exempt interest income | Form 1040, line 8b |
|---|---|
| B  Other tax-exempt income | |
| C  Nondeductible expenses | See the Shareholder's Instructions |
| D  Property distributions | |
| E  Repayment of loans from shareholders | |

**17  Other information**
| A  Investment income | Form 4952, line 4a |
|---|---|
| B  Investment expenses | Form 4952, line 5 |
| C  Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D  Basis of energy property | See the Shareholder's Instructions |
| E  Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F  Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G  Recapture of investment credit | See Form 4255 |
| H  Recapture of other credits | See the Shareholder's Instructions |
| I  Look-back interest — completed long-term contracts | See Form 8697 |
| J  Look-back interest — income forecast method | See Form 8866 |
| K  Dispositions of property with section 179 deductions | |
| L  Recapture of section 179 deduction | |
| M  Section 453(l)(3) information | |
| N  Section 453A(c) information | |
| O  Section 1260(b) information | See the Shareholder's Instructions |
| P  Interest allocable to production expenditures | |
| Q  CCF nonqualified withdrawals | |
| R  Information needed to figure depletion — oil and gas | |
| S  Amortization of reforestation costs | |
| T  Other information | |

SPSA0412L  09/19/07
SHAREHOLDER 1 : PATRICK B. KIRKLAND                              Schedule K-1 (Form 1120S) 2007



13E

SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 14, 2010

Patrick B. Kirkland, Inmate #X67468
River Junction Work Camp, 300 Pecan Lane
Chattahoochee, FL 32324-3700

RE:
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
20-3608431
2008 S Corporation Schedule K-1 (Form 1120S)

Dear Patrick B. Kirkland, Inmate #X67468:

Enclosed is your 2008 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions, Credits, Etc. from SENIOR ADULT LIVING CORPORATION.  This information reflects the amounts you need in order to complete your income tax return.  The amounts shown are your distributive share of tax items from the S Corporation to be reported on your tax return and may not correspond to the actual distributions you have received during the year. This information is included in the S Corporation's 2008 federal income tax return that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SENIOR ADULT LIVING CORPORATION

Enclosure(s)

671108

| Schedule K-1 | **2008** | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |
| --- | --- | --- | --- | --- |

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax

year beginning _____, 2008

ending _____ .

# Shareholder's Share of Income, Deductions,
# Credits, etc. ► See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
| --- | --- |

**A** Corporation's employer identification number
20-3608431

**B** Corporation's name, address, city, state, and ZIP code
SENIOR ADULT LIVING CORPORATION
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

**C** IRS Center where corporation filed return
OGDEN, UT

| **Part II** | **Information About the Shareholder** |
| --- | --- |

**D** Shareholder's identifying number
██████████

**E** Shareholder's name, address, city, state, and ZIP code
PATRICK B. KIRKLAND, INMATE #X67468
RIVER JUNCTION WORK CAMP, 300 PECAN LANE
CHATTAHOOCHEE, FL 32324-3700

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . . .  100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

**Part III** **Shareholder's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss)  -911,554. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  31,048. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss)  -417,064. | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C  28,454. |
| 12 | Other deductions | | |
| | | 17 | Other information  A  31,048. |

*See attached statement for additional information.

13

Schedule K-1 (Form 1120S) 2008   **SENIOR ADULT LIVING CORPORATION**   20-3608431   Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | |
|---|---|---|
| 1 | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | | **Report on** |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| 3 | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| 4 | **Interest income** | Form 1040, line 8a |
| 5a | **Ordinary dividends** | Form 1040, line 9a |
| 5b | **Qualified dividends** | Form 1040, line 9b |
| 6 | **Royalties** | Schedule E, line 4 |
| 7 | **Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| 8a | **Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| 8b | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8c | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| 9 | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| 10 | **Other income (loss)** | |
| | **Code** | |
| | A   Other portfolio income (loss) | See the Shareholder's Instructions |
| | B   Involuntary conversions | See the Shareholder's Instructions |
| | C   Section 1256 contracts and straddles | Form 6781, line 1 |
| | D   Mining exploration costs recapture | See Pub 535 |
| | E   Other income (loss) | See the Shareholder's Instructions |
| 11 | **Section 179 deduction** | See the Shareholder's Instructions |
| 12 | **Other deductions** | |
| | A   Cash contributions (50%) | |
| | B   Cash contributions (30%) | |
| | C   Noncash contributions (50%) | |
| | D   Noncash contributions (30%) | See the Shareholder's Instructions |
| | E   Capital gain property to a 50% organization (30%) | |
| | F   Capital gain property (20%) | |
| | G   Contributions (100%) | |
| | H   Investment interest expense | Form 4952, line 1 |
| | I   Deductions — royalty income | Schedule E, line 18 |
| | J   Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K   Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L   Deductions — portfolio (other) | Schedule A, line 28 |
| | M   Preproductive period expenses | See the Shareholder's Instructions |
| | N   Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O   Reforestation expense deduction | See the Shareholder's Instructions |
| | P   Domestic production activities information | See Form 8903 instructions |
| | Q   Qualified production activities income | Form 8903, line 7 |
| | R   Employer's Form W-2 wages | Form 8903, line 15 |
| | S   Other deductions | See the Shareholder's Instructions |
| 13 | **Credits** | |
| | A   Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
| | B   Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| | C   Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D   Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E   Qualified rehabilitation expenditures (rental real estate) | |
| | F   Other rental real estate credits | See the Shareholder's Instructions |
| | G   Other rental credits | |
| | H   Undistributed capital gains credit | Form 1040, line 68, box a |
| | I   Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| | J   Work opportunity credit | Form 5884, line 3 |
| | K   Disabled access credit | See the Shareholder's Instructions |
| | L   Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| | | |
|---|---|---|
| | **Code** | **Report on** |
| | M   Credit for increasing research activities | See the Shareholder's Instructions |
| | N   Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O   Backup withholding | Form 1040, line 62 |
| | P   Other credits | See the Shareholder's Instructions |
| 14 | **Foreign transactions** | |
| | A   Name of country or U.S. possession | |
| | B   Gross income from all sources | Form 1116, Part I |
| | C   Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D   Passive category | |
| | E   General category | Form 1116, Part I |
| | F   Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | G   Interest expense | Form 1116, Part I |
| | H   Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | I   Passive category | |
| | J   General category | Form 1116, Part I |
| | K   Other | |
| | *Other information* | |
| | L   Total foreign taxes paid | Form 1116, Part II |
| | M   Total foreign taxes accrued | Form 1116, Part II |
| | N   Reduction in taxes available for credit | Form 1116, line 12 |
| | O   Foreign trading gross receipts | Form 8873 |
| | P   Extraterritorial income exclusion | Form 8873 |
| | Q   Other foreign transactions | See the Shareholder's Instructions |
| 15 | **Alternative minimum tax (AMT) items** | |
| | A   Post-1986 depreciation adjustment | |
| | B   Adjusted gain or loss | |
| | C   Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D   Oil, gas, & geothermal — gross income | |
| | E   Oil, gas, & geothermal — deductions | |
| | F   Other AMT items | |
| 16 | **Items affecting shareholder basis** | |
| | A   Tax-exempt interest income | Form 1040, line 8b |
| | B   Other tax-exempt income | |
| | C   Nondeductible expenses | See the Shareholder's Instructions |
| | D   Property distributions | |
| | E   Repayment of loans from shareholders | |
| 17 | **Other information** | |
| | A   Investment income | Form 4952, line 4a |
| | B   Investment expenses | Form 4952, line 5 |
| | C   Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D   Basis of energy property | See the Shareholder's Instructions |
| | E   Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F   Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G   Recapture of investment credit | See Form 4255 |
| | H   Recapture of other credits | See the Shareholder's Instructions |
| | I   Look-back interest — completed long-term contracts | See Form 8697 |
| | J   Look-back interest — income forecast method | See Form 8866 |
| | K   Dispositions of property with section 179 deductions | |
| | L   Recapture of section 179 deduction | |
| | M   Section 453(l)(3) information | |
| | N   Section 453A(c) information | |
| | O   Section 1260(b) information | See the Shareholder's Instructions |
| | P   Interest allocable to production expenditures | |
| | Q   CCF nonqualified withdrawals | |
| | R   Depletion information — oil and gas | |
| | S   Amortization of reforestation costs | |
| | T   Other information | |

SHAREHOLDER 1 : PATRICK B. KIRKLAND, INMATE # X67668   Schedule K-1 (Form 1120S) 2008

14E

PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801
954-761-1011

May 15, 2010

Patrick B. Kirkland, Inmate #X67468
River Junction Work Camp
300 Pecan Lane
Chattahoochee, FL 32324-3700

RE:
PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
43-1982524
2008 S Corporation Schedule K-1 (Form 1120S)

Dear Patrick B. Kirkland, Inmate #X67468:

Enclosed is your 2008 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions,
Credits, Etc. from PELICAN BAY CLUB, INC.. This information reflects the amounts you need
in order to complete your income tax return. The amounts shown are your distributive share of
tax items from the S Corporation to be reported on your tax return and may not correspond to the
actual distributions you have received during the year. This information is included in the S
Corporation's 2008 federal income tax return that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


PELICAN BAY CLUB, INC.

Enclosure(s)

671108

| **Schedule K-1**<br>(Form 1120S) | **2008** | | Final K-1 | Amended K-1 | OMB No. 1545-0130 |

**Part III**  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning _____ , 2008
ending _____ , 

**Shareholder's Share of Income, Deductions, Credits, etc.** ▸ See page 2 of form and separate instructions.

| | |
|---|---|
| 1 Ordinary business income (loss)<br>−11,229,619. | 13 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4 Interest income<br>5. | |
| 5a Ordinary dividends | |
| 5b Qualified dividends | 14 Foreign transactions |
| 6 Royalties | |
| 7 Net short-term capital gain (loss) | |
| 8a Net long-term capital gain (loss) | |
| 8b Collectibles (28%) gain (loss) | |
| 8c Unrecaptured section 1250 gain | |
| 9 Net section 1231 gain (loss) | |
| 10 Other income (loss) | 15 Alternative minimum tax (AMT) items |
| 11 Section 179 deduction | 16 Items affecting shareholder basis |
| 12 Other deductions | |
| | 17 Other information<br>A                    5. |

**Part I**  Information About the Corporation

A  Corporation's employer identification number
43-1982524

B  Corporation's name, address, city, state, and ZIP code
PELICAN BAY CLUB, INC.
C/O JUDITH M. MERCIER, RECEIVER
200 S. ORANGE AVENUE, SUITE 2600
ORLANDO, FL 32801

C  IRS Center where corporation filed return
OGDEN, UT

**Part II**  Information About the Shareholder

D  Shareholder's identifying number
██████████

E  Shareholder's name, address, city, state, and ZIP code
PATRICK B. KIRKLAND, INMATE #X67468
RIVER JUNCTION WORK CAMP
300 PECAN LANE
CHATTAHOOCHEE, FL 32324-3700

F  Shareholder's percentage of stock
ownership for tax year..................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2008

SHAREHOLDER 1

SPSA0412L  12/10/08

Schedule K-1 (Form 1120S) 2008  PELICAN BAY CLUB, INC.           43-1982524        Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | |
|---|---|---|
| **1** | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | | *Report on* |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (i) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | Net rental real estate income (loss) | See the Shareholder's Instructions |
| **3** | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | Interest income | Form 1040, line 8a |
| **5 a** | Ordinary dividends | Form 1040, line 9a |
| **5 b** | Qualified dividends | Form 1040, line 9b |
| **6** | Royalties | Schedule E, line 4 |
| **7** | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| **8 a** | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| **8 b** | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8 c** | Unrecaptured section 1250 gain | See the Shareholder's Instructions |
| **9** | Net section 1231 gain (loss) | See the Shareholder's Instructions |
| **10** | Other income (loss) | |
| | *Code* | |
| | **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| | **B** Involuntary conversions | See the Shareholder's Instructions |
| | **C** Section 1256 contracts and straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub 535 |
| | **E** Other income (loss) | See the Shareholder's Instructions |
| **11** | Section 179 deduction | See the Shareholder's Instructions |
| **12** | Other deductions | |
| | **A** Cash contributions (50%) | |
| | **B** Cash contributions (30%) | |
| | **C** Noncash contributions (50%) | |
| | **D** Noncash contributions (30%) | See the Shareholder's Instructions |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Contributions (100%) | |
| | **H** Investment interest expense | Form 4952, line 1 |
| | **I** Deductions — royalty income | Schedule E, line 18 |
| | **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | **L** Deductions — portfolio (other) | Schedule A, line 28 |
| | **M** Preproductive period expenses | See the Shareholder's Instructions |
| | **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | **O** Reforestation expense deduction | See the Shareholder's Instructions |
| | **P** Domestic production activities information | See Form 8903 instructions |
| | **Q** Qualified production activities income | Form 8903, line 7 |
| | **R** Employer's Form W-2 wages | Form 8903, line 15 |
| | **S** Other deductions | See the Shareholder's Instructions |
| **13** | Credits | |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
| | **B** Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | **D** Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | **E** Qualified rehabilitation expenditures (rental real estate) | |
| | **F** Other rental real estate credits | See the Shareholder's Instructions |
| | **G** Other rental credits | |
| | **H** Undistributed capital gains credit | Form 1040, line 68, box a |
| | **I** Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| | **J** Work opportunity credit | Form 5884, line 3 |
| | **K** Disabled access credit | See the Shareholder's Instructions |
| | **L** Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| | | |
|---|---|---|
| | *Code* | *Report on* |
| | **M** Credit for increasing research activities | See the Shareholder's Instructions |
| | **N** Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | **O** Backup withholding | Form 1040, line 62 |
| | **P** Other credits | See the Shareholder's Instructions |
| **14** | Foreign transactions | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | Form 1116, Part I |
| | **C** Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | **D** Passive category | |
| | **E** General category | Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | **G** Interest expense | Form 1116, Part I |
| | **H** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | **I** Passive category | |
| | **J** General category | Form 1116, Part I |
| | **K** Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **O** Foreign trading gross receipts | Form 8873 |
| | **P** Extraterritorial income exclusion | Form 8873 |
| | **Q** Other foreign transactions | See the Shareholder's Instructions |
| **15** | Alternative minimum tax (AMT) items | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | |
| | **C** Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **16** | Items affecting shareholder basis | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **B** Other tax-exempt income | |
| | **C** Nondeductible expenses | See the Shareholder's Instructions |
| | **D** Property distributions | |
| | **E** Repayment of loans from shareholders | |
| **17** | Other information | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | **D** Basis of energy property | See the Shareholder's Instructions |
| | **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **G** Recapture of investment credit | See Form 4255 |
| | **H** Recapture of other credits | See the Shareholder's Instructions |
| | **I** Look-back interest — completed long-term contracts | See Form 8697 |
| | **J** Look-back interest — income forecast method | See Form 8866 |
| | **K** Dispositions of property with section 179 deductions | |
| | **L** Recapture of section 179 deduction | |
| | **M** Section 453(l)(3) information | |
| | **N** Section 453A(c) information | |
| | **O** Section 1260(b) information | See the Shareholder's Instructions |
| | **P** Interest allocable to production expenditures | |
| | **Q** CCF nonqualified withdrawals | |
| | **R** Depletion information — oil and gas | |
| | **S** Amortization of reforestation costs | |
| | **T** Other information | |

SHAREHOLDER 1 : PATRICK B. KIRKLAND, INMATE #X67668          Schedule K-1 (Form 1120S) 2008

13