# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

           **Plaintiff,**

-vs-                                      **Case No. 6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

           **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

           **Relief Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: DEFENDANT'S MOTION TO REQUIRE RECEIVER JUDITH M. MERCIER, ESQ., TO REPAY SEVENTEEN MILLION DOLLARS ($17,000,000) TO THE PATRICK BOYD KIRKLAND ESTATE (Doc. No. 670)**
>
> **FILED: June 14, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Receiver in this case was appointed by the Court to "take whatever actions are necessary for the protection of investors." Doc. No. 10 at 2. Summary judgment was granted in favor of the Securities and Exchange Commission and against Patrick Kirkland on September 25, 2007. Doc. No. 339. Accordingly, Kirkland has no entitlement to the funds administered by the Receiver.

To the extent Kirkland complains about the handling of the Sunset Bay Units, he has been heard previously by the Court on the issue of whether the Receiver should be empowered to dispose of those assets. *See* Doc. Nos. 113, 124, 158, 159, 164.

Kirkland requests an accounting from the Receiver and that Receiver and her law firm be investigated. The Receiver has filed accountings with the Court and the Court has thoroughly reviewed the actions and accountings provided. *See, e.g.*, Doc. No. 652. Kirkland provides no basis for further investigation.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2010.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties