**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

        **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

        **Relief Defendants.**
_____

# ORDER

This case is before the Court on Receiver's Motion for Authorization to Make Interim Distribution to Approved Claimants (Doc. No. 671) filed June 24, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 28, 2010 (Doc. No. 675) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion for Authorization to Make Interim Distribution to Approved Claimants (Doc. No. 671) is **GRANTED**.

3. The Receiver is **ORDERED** to distribute $1,500,000.00 to the claimants listed on the schedule of approved claims, Doc. No. 648-1, on a pro rata basis as listed in that schedule.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of September, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party