# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                                  **Case No.  6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

        **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

        **Relief Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **RECEIVER'S APPLICATION FOR APPROVAL TO PAY MCGRIGORS LLP'S COSTS (Doc. No. 679)**
>
> **FILED:**      October 19, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Receiver seeks payment of £376.61 (approximately $600.00) to McGrigors LLP for costs incurred in connection with the sale of the Coachman's House in Scotland. The motion is supported by an affidavit establishing that these costs were necessarily incurred. Therefore, I respectfully recommend that the Court grant the motion and direct the Receiver to pay McGrigors LLP the sum of £376.61 from the receivership estate.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 3, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy