**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

        **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

        **Relief Defendants.**
_____

# ORDER

This case is before the Court on the Receiver's Application for Approval to Pay McGrigors LLP's Costs (Doc. No. 679) filed October 19, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 3, 2010 (Doc. No. 680) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Application for Approval to Pay McGrigors LLP's Costs (Doc. No. 679) is **GRANTED**.

3. The Receiver is directed to pay McGrigors LLP the sum of £ 376.61 from the receivership estate.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29th day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge