**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

          **Plaintiff,**

**-vs-**                                       **Case No.  6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL**
**VILLAGE, INC., CLARITY**
**DEVELOPMENT CORPORATION, and**
**SENIOR ADULT LIVING CORPORATION,**

          **Defendants,**

**SUNSET BAY CLUB, INC.,**
**SUMMERHILL VENTURES, INC.,**
**PELICAN BAY CLUB, INC., and**
**ISLEWORTH ADULT COMMUNITY, INC.,**

          **Relief Defendants.**
_____

## ORDER

This case is before the Court on Application of Kapila & Company for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Accountants for Receiver (Doc. No. 682) filed June 30, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 19, 2011 (Doc. No. 683) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application of Kapila & Company for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Accountants for Receiver (Doc. No. 682) is **GRANTED in part**.

3. The Receiver is authorized to disburse $111,432.00 in professional fees and $862.18 in expenses from the receivership estate to Kapila & Company.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of August, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge