Law Offices

# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice    2634195
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through February 28, 2011
in connection with the following:

Our Matter #107035.00002
      Counsel for Judith M. Mercier, Receiver

07/01/09 Conference with client regarding letter to
         creditors regarding claims/claims objections.
         Samuel J. Zusmann    .10 hours at  500.00 per hour.          50.00

07/02/09 Draft form letter for notifying claimants of
         Receiver's claims allowance procedure and of
         objections.
         Samuel J. Zusmann    .60 hours at  500.00 per hour.         300.00

07/07/09 Claims:  Conference with Receiver regarding SEC
         position as to objecting to claims of investors
         who had pre-receivership settlements and other
         issues (.10); Tax Returns:  Conference with
         Receiver regarding filing of tax returns, and
         authorization for accountant's fees (.20).
         Samuel J. Zusmann    .30 hours at  500.00 per hour.         150.00

07/09/09 Telephone call to Bill Merckel regarding status
         of closing; telephone call to Sherry Steele
         regarding status of closing documents;
         telephone conference with Robert Barnes
         regarding status of closing.
         Leslie C. Candes    .30 hours at  295.00 per hour.           88.50

EXHIBIT
A2

07/13/09 Telephone call to Robert Barnes regarding
         status of closing; telephone call to Bill
         Merckel regarding status of closing; telephone
         conference with Receiver regarding status of
         closing.
         Leslie C. Candes     .30 hours at  295.00 per hour.        88.50

07/14/09 Telephone call to Bill Merckel and Robert
         Barnes regarding status of closing; review
         voice mail from Bill Merckel regarding status
         of closing.
         Leslie C. Candes     .10 hours at  295.00 per hour.        29.50

07/15/09 Claims:  Conference with Receiver regarding
         set-off issue.
         Samuel J. Zusmann     .20 hours at  500.00 per hour.      100.00

07/16/09 Telephone call to Bill Merckel regarding status
         of closing; telephone call to Robert Barnes
         regarding status of closing; review
         correspondence from Receiver regarding net
         closing costs; correspondence with Receiver
         regarding net closing costs; correspondence
         with Lisa Bakker regarding management fees;
         review correspondence from Lisa Bakker
         regarding management fees; telephone conference
         with Receiver regarding status of closing;
         review correspondence from Receiver to Bill
         Merckel regarding status of closing; update
         memorandum of costs; correspondence with
         Receiver forwarding updated memorandum of
         costs.
         Leslie C. Candes     .90 hours at  295.00 per hour.       265.50

07/17/09 Claims:  read emails from Receiver regarding
         priority of Orange County Tax Collector claims;
         respond.
         Samuel J. Zusmann     .20 hours at  500.00 per hour.      100.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page    3

07/17/09  Review correspondence from Bill Merckel
          regarding status of discussions with Buyer;
          correspondence with Bill Merckel regarding
          preparation of closing documents.
          Leslie C. Candes     .30 hours at  295.00 per hour.          88.50

07/20/09  Correspondence with Sherry Steele regarding
          status of closing documents.
          Leslie C. Candes     .20 hours at  295.00 per hour.          59.00

07/21/09  Review correspondence from Randy Butler
          regarding status of contract; correspondence
          with Randy Butler regarding status of contract;
          telephone call to Bill Merckel to discuss
          closing.
          Leslie C. Candes     .20 hours at  295.00 per hour.          59.00

07/22/09  Review correspondence from Bill Merckel
          regarding extension to contract; correspondence
          with Judy Mercier regarding extension to
          contract.
          Leslie C. Candes     .30 hours at  295.00 per hour.          88.50

07/23/09  Telephone conference with Receiver regarding
          extension to contract; telephone call to Bill
          Merckel regarding extension to contract.
          Leslie C. Candes     .30 hours at  295.00 per hour.          88.50

07/24/09  Telephone conference with Bill Merckel
          regarding reason for extension to closing date;
          correspondence with Bill Merckel forwarding
          Amendment to Contract to extend closing date.
          Leslie C. Candes     .30 hours at  295.00 per hour.          88.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page   4

07/27/09  Telephone call to Bill Merckel regarding status
          of First Amendment to contract; review voice
          mail from Bill Merckel regarding status of
          amendment; review executed amendment;
          correspondence with Receiver regarding
          execution of amendment.
          Leslie C. Candes     .40 hours at  295.00 per hour.        118.00

08/07/09  Review voice mail from Loren Apsy;
          correspondence with Receiver regarding voice
          mail received from Loren Apsy regarding access
          to property; telephone conference with Receiver
          regarding providing access to property;
          telephone conference with Loren Apsy regarding
          providing access to property; review
          correspondence from Loren Apsy to Robert Barnes
          regarding providing access to property.
          Leslie C. Candes     .30 hours at  295.00 per hour.         88.50

08/17/09  Correspondence with Sherry Steele regarding
          status of closing documents; telephone call to
          Sherry Steele regarding status of closing
          documents; review correspondence from Receiver
          regarding status of closing; correspondence
          with Receiver regarding status of closing.
          Leslie C. Candes     .30 hours at  295.00 per hour.         88.50

08/20/09  Conference with J. Mercier regarding payment of
          Scottish counsel; reviewed Application to Pay
          Scottish Counsel.
          Alvin F. Benton, Jr.  1.20 hours at  200.00 per hour.       240.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page    5

08/20/09   Telephone call to Sherry Steele; multiple
           telephone calls to Bill Merckel; telephone
           conference with Robert Barnes regarding status
           of closing; telephone conference with Receiver
           regarding extension of closing date; review
           correspondence from Bill Merckel; prepare
           Second Amendment to Contract; correspondence
           with Bill Merckel regarding status of closing
           and forwarding Second Amendment for execution.
           Leslie C. Candes    .80 hours at  295.00 per hour.          236.00

08/21/09   Continue reviewing documents regarding payment
           of John Steven, auditor; draft Motion for
           Approval to Pay John Steven.
           Alvin F. Benton, Jr.   1.10 hours at 200.00 per hour.       220.00

08/21/09   Correspondence with buyer regarding status of
           execution of Second Amendment; telephone
           conference with Bill Merckel regarding status
           of Second Amendment and closing documents.
           Leslie C. Candes    .40 hours at  295.00 per hour.          118.00

08/22/09   Review correspondence from Robert Barnes
           regarding status of amendment; correspondence
           with Receiver forwarding correspondence
           received from Robert Barnes.
           Leslie C. Candes    .10 hours at  295.00 per hour.           29.50

08/24/09   Finalize Motion for Approval to Pay John
           Steven.
           Alvin F. Benton, Jr.    .90 hours at  200.00 per hour.      180.00

08/24/09   Review correspondence from Sherry Steele
           regarding Second Amendment; review
           correspondence from Bill Merckel regarding
           Second Amendment; correspondence with Sherry
           Steele requesting closing documents.
           Leslie C. Candes     .30 hours at  295.00 per hour.          88.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page   6

08/25/09 Correspondence with Sherry Steele regarding
status of proposed closing documents.
Leslie C. Candes    .10 hours at  295.00 per hour.          29.50

08/26/09 Review correspondence from Sherry Steele
regarding Estoppel; correspondence with Sherry
Steele forwarding Estoppel; review executed
Second Amendment to contract; correspondence
with Seller forwarding executed Second
Amendment to contract; telephone call to Sherry
Steele regarding status of closing documents;
telephone conference with Receiver regarding
status of closing; telephone call to Bill
Merckel regarding obtaining closing documents.
Leslie C. Candes    .40 hours at  295.00 per hour.         118.00

08/27/09 Telephone call to Bill Merckel regarding status
of closing documents; telephone conference with
Sherry Steele regarding status of closing
documents; correspondence with Receiver
regarding status of closing documents; review
correspondence and closing documents sent by
Sherry Steele; correspondence with Receiver
forwarding closing documents; correspondence
with Loren Apsy requesting updated Estoppel;
review correspondence from Loren Apsy regarding
updated Estoppel; telephone conference with
Receiver regarding status of closing and
correspondence; correspondence with Sherry
Steele forwarding closing documents and wire
instructions for seller; conference with Tonya
Berger regarding outstanding invoices for CKT
Assets; telephone conference with Sherry Steele
regarding status of closing statement and
updated Estoppel; correspondence with Sherry
Steele forwarding invoices.
Leslie C. Candes   1.40 hours at  295.00 per hour.         413.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page    7

08/28/09 Correspondence with Sherry Steele regarding
         status of closing documents; telephone call to
         Sherry Steele regarding closing documents;
         conference with Receiver regarding status of
         closing; telephone call to Sherry Steele;
         telephone call to Bill Merckel; telephone
         conference with Sherry Steele regarding status
         of closing; review correspondence from Receiver
         to Bill Merckel regarding status of closing.
         Leslie C. Candes    .80 hours at  295.00 per hour.         236.00

08/30/09 Review correspondence from Receiver regarding
         how to proceed with contract and sale of
         property; correspondence with Receiver
         regarding how to proceed with contract and sale
         of property.
         Leslie C. Candes    .30 hours at  295.00 per hour.          88.50

09/01/09 Correspondence with Receiver regarding status
         of contract and contacting title company to
         obtain the deposit; telephone conference with
         Bill Merckel regarding status of contract;
         conference with Receiver regarding status of
         contract; telephone call to seller regarding
         status of contract; telephone conference with
         Bill Merckel regarding status of contract.
         Leslie C. Candes    .40 hours at  295.00 per hour.         118.00

09/02/09 Prepare default letter; correspondence with
         Receiver forwarding default letter for review
         and approval; further revise default letter;
         correspondence with Robert Barnes forwarding
         default letter; review correspondence from Bill
         Merckel regarding reimbursement of deposit;
         telephone call to Receiver regarding
         correspondence received from Bill Merckel;
         correspondence with Bill Merckel regarding
         reimbursement of deposit.
         Leslie C. Candes    .60 hours at  295.00 per hour.         177.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page   8

09/09/09  Correspondence with Receiver regarding status
          of deposit.
          Leslie C. Candes      .10 hours at  295.00 per hour.         29.50

11/03/09  Review voice mail from Sherry Steele regarding
          potential buyer; telephone conference with Judy
          Mercier regarding voice mail received from
          Sherry Steele; telephone conference with Sherry
          Steele regarding contact person at Bank of
          America; correspondence with Receiver regarding
          status of conversation.
          Leslie C. Candes     .40 hours at  295.00 per hour.         118.00

11/04/09  Prepare for hearing.
          Brian A. McDowell   1.50 hours at  450.00 per hour.         675.00

11/04/09  Review issues related to priority of personal
          property tax lien.
          Edward M. Fitzgerald    .40 hours at  250.00 per hour.      100.00

11/04/09  Researched case law regarding priority of
          tangible personal property tax.
          Alvin F. Benton, Jr.    .40 hours at  200.00 per hour.       80.00

11/05/09  Prepare for and attend claims hearing.
          Brian A. McDowell   2.50 hours at  450.00 per hour.        1125.00

11/09/09  Call to counsel for Orange County.
          Brian A. McDowell    .30 hours at  450.00 per hour.         135.00

11/09/09  Review correspondence from Bill Merckel
          regarding proposed contract; telephone
          conference with Bill Merckel regarding contract
          terms; review contract; conference with
          Receiver regarding contract terms and
          execution; correspondence with Bill Merckel
          forwarding contract; review correspondence from
          Bill Merckel regarding acceptance of contract;
          correspondence with Receiver regarding closing
          of contract; correspondence with Bill Merckel

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page    9

|  |  |  |
|---|---|---|
|  | regarding escrow deposit and title commitment; correspondence with Christine Perez regarding ordering title commitment. Leslie C. Candes   .90 hours at  295.00 per hour. | 265.50 |
| 11/10/09 | Correspondence with Loren Apsy regarding providing update estoppel; review correspondence from Loren Apsy regarding updated Estoppel; review voice mail and email from Judi Allen; review correspondence from Receiver regarding contacting Judi Allen; telephone conference with Judi Allen regarding management company; review correspondence from Loren Apsy regarding updated estoppel; review and revise estoppel; correspondence with Loren Apsy forwarding revised estoppel. Leslie C. Candes   .90 hours at  295.00 per hour. | 265.50 |
| 11/10/09 | Receiving and reviewing Contract for Sale and Purchase 2 Units in Sunset Bay; begin organizing file for upcoming closing. Sandra B. Williams   .50 hours at  185.00 per hour. | 92.50 |
| 11/12/09 | Review correspondence from Bill Merckel regarding wire instructions; correspondence with Bill Merckel regarding wire instructions; review correspondence from Receiver and Bill Merckel regarding closing date; correspondence with Bill Merckel regarding closing date; conference with Sandi Williams regarding preparation of closing documents; telephone conference with Sunset Bay Board of Directors; conference with Sandi Williams regarding taxes; review correspondence from buyer regarding closing date; correspondence with buyer regarding closing date. Leslie C. Candes  1.10 hours at  295.00 per hour. | 324.50 |

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 10

11/12/09 Telephone call to Michelle with Pasco County Tax
Collector's office regarding Tax Deed
Application on Parcel to and payoff for same;
reviewing correspondence via facsimile from
Michelle regarding 2009 property tax
information; discussions with Leslie Candes Esq.
regarding same; reviewing correspondence from
Daryl Schwartz regarding anticipated closing
date.
Sandra B. Williams    .40 hours at  185.00 per hour.         74.00

11/12/09 Preparing closing documents; revising documents
to include anticipated closing date.
Sandra B. Williams   1.70 hours at  185.00 per hour.        314.50

11/12/09 Discussions with Leslie Candes regarding
upcoming closing; following up on status of
title search order; continue reviewing and
analyzing fully executed contract, prior title
commitment and prior file; analyzing current
file in preparation of closing; reviewing
Buyer's corporation information; researching tax
information on the Pasco County Tax Collector's
website regarding both parcels; calculating tax
prorations for delinquent years and 2009 for
both parcels.
Sandra B. Williams    .90 hours at  185.00 per hour.        166.50

11/13/09 Correspondence with Loren Apsy regarding status
of estoppel; correspondence with Christine
Perez regarding status of title; review
correspondence from Receiver regarding status
of tax bills; correspondence with Receiver
regarding status of tax bills.
Leslie C. Candes    .30 hours at  295.00 per hour.          88.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  11

11/13/09  Reviewing correspondence regarding property
          taxes on Parcels 1 and 2 of Sunset Bay;
          preparing attachments and correspondence to Lisa
          Finelli regarding same; reviewing correspondence
          regarding escrow deposit; coordinating deposit
          of same.
          Sandra B. Williams     .40 hours at  185.00 per hour.          74.00

11/16/09  Review correspondence from Loren Apsy regarding
          requesting Estoppel; correspondence with Sandi
          Williams regarding requesting Estoppel; review
          voice mail from Debbie Stewart regarding
          ownership of common area; telephone conference
          with Debbie Stewart regarding ownership of
          common area; telephone call to Receiver
          regarding ownership of common area; telephone
          conference with Judi Allen regarding ownership
          of common area; telephone conference with
          attorney for homeowners' association regarding
          common area; telephone conference with Debbie
          Stewart regarding revisions to commitment;
          correspondence with Sandi Williams forwarding
          commitment.
          Leslie C. Candes     .90 hours at  295.00 per hour.          265.50

11/16/09  Preparing request for HOA estoppel update;
          preparing and sending correspondence to KW
          Property Management Company regarding same.
          Sandra B. Williams     .40 hours at  185.00 per hour.          74.00

11/17/09  Review correspondence from Receiver regarding
          title issues; correspondence with Receiver
          regarding title issue; review correspondence
          from Loren Apsy regarding status of Estoppel;
          correspondence with Loren Apsy regarding status
          of Estoppel; review correspondence from Debbie
          Stewart regarding common area legal
          description; correspondence with Debbie Stewart
          regarding common area legal description and
          execution of deed; review and revise title

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  12

commitment; correspondence with Debbie Stewart
forwarding revised commitment for review;
review correspondence from Debbie Stewart
approving of title commitment; correspondence
with buyer forwarding title commitment and
documents; telephone conference with buyer
regarding status of closing; review executed
estoppel; correspondence with buyer forwarding
executed estoppel; review correspondence from
Bill Merckel regarding status of contract and
closing; correspondence with Bill Merckel
regarding status of contract and closing.
Leslie C. Candes   2.10 hours at  295.00 per hour.          619.50

11/17/09 Reviewing and analyzing correspondence from
Loren with Sunset Bay HOA regarding updated
estoppel letter; requesting the estoppel as a
rush order; reviewing correspondence from Leslie
Candes regarding request for quit claim deed
from Judy Mercier to the HOA; begin drafting
same; reviewing and analyzing correspondence
from Debbie Stewart with Chicago Title regarding
revised title commitment; reviewing same;
reviewing and analyzing executed HOA estoppel;
reviewing revised title commitment; ordering
lien search from Abramowitz; reviewing deed
requirements; drafting 2 additional deeds;
reviewing corporate information for HOA in
preparation of quit-claim deed.
Sandra B. Williams   1.80 hours at  185.00 per hour.       333.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  13

11/18/09  Reviewing and analyzing file; ordering copy of
          order; continue preparing closing statement;
          telephone call from Jasmine with Abramowitz
          regarding tax i.d. numbers; reviewing and
          analyzing title commitment; revising closing
          documents; telephone call to Loren Apsy with HOA
          regarding estoppel letter; reviewing certified
          copy of order; continue preparing and revising
          closing documents.
          Sandra B. Williams    1.90 hours at  185.00 per hour.        351.50

11/19/09  Telephone conference with Mike Paach regarding
          resolution of tax claim.
          Brian A. McDowell     .40 hours at  450.00 per hour.         180.00

11/19/09  Telephone conference with Tonya Berger
          regarding status of closing and attending
          conference call with Sunset Bay Board;
          correspondence with Receiver regarding
          obtaining order for approval to close;
          telephone conference with Debbie Stewart
          regarding order necessary to proceed with
          closing; correspondence with Receiver regarding
          order; review and provide comments to closing
          documents; correspondence with Loren Apsy
          regarding Estoppel Fee; conference with Sandi
          Williams regarding revisions to closing
          documents.
          Leslie C. Candes    1.60 hours at  295.00 per hour.          472.00

11/20/09  Review executed closing documents;
          correspondence with Darryl Schwartz forwarding
          closing documents for execution; review deed to
          Homeowner's Association; correspondence with
          Debbie Stewart forwarding Deed to Homeowner's
          Association for approval; review and provide
          comments to proposed motion; review
          correspondence from Darryl Schwartz regarding
          closing; attend conference call with Sunset Bay
          Club Board of Directors; correspondence with

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 14

      Loren Apsy and Judi Allen regarding payment of
estoppel fee; review lien search;
correspondence with Sandi Williams regarding
results of lien search; telephone conference
with Bill Merckel regarding additional
property.
Leslie C. Candes   2.30 hours at 295.00 per hour.      678.50

11/20/09 Revising and finalizing closing documents;
creating lengthy legal description for
quit-claim deed to HOA; reviewing and analyzing
correspondence from Daryl Schwartz regarding
possible delay in closing; reviewing and
analyzing correspondence from Abramowitz
regarding permit for temporary sign.
Sandra B. Williams  1.50 hours at 185.00 per hour.  277.50

11/23/09 Revise deed to Homeowner's Association;
correspondence with Judi Allen and Loren Apsy
forwarding Quit Claim Deed for approval;
correspondence with Alvin regarding revisions
to motion; correspondence with buyer regarding
status of closing; review correspondence from
Bill Merckel regarding status of closing;
correspondence with Bill Merckel regarding
status of closing.
Leslie C. Candes   .60 hours at 295.00 per hour.    177.00

11/24/09 Correspondence with Bill Merckel regarding
contacting buyer to determine status of
closing; conference with Sandi Williams
regarding status of closing; review and revise
Assignment of Declarant's Rights;
correspondence with Dan Musca forwarding
revised Assignment of Declarant's Rights for
approval; review correspondence from seller
regarding status of closing; correspondence
with seller regarding status of closing.
Leslie C. Candes   .80 hours at 295.00 per hour.   236.00

11/24/09  Reviewing and analyzing Abramowitz Tax and Lien
          Searches for Parcel 1 and 2; reviewing invoice;
          revising closing statement to show revised
          invoice amount for lien search.
          Sandra B. Williams    .30 hours at  185.00 per hour.          55.50

11/25/09  Review correspondence from Loren Apsy regarding
          status of closing; correspondence with Loren
          Apsy regarding status of closing; review
          correspondence from Dan Musca regarding
          revisions to Quit Claim Deed; correspondence
          with Debbie Stewart regarding revisions to Quit
          Claim Deed; correspondence with Dan Musca
          regarding revisions to Quit Claim Deed;
          telephone conference with Debbie Stewart
          regarding title issues; review correspondence
          from Receiver regarding status of closing;
          correspondence with Receiver regarding status
          of closing.
          Leslie C. Candes    .60 hours at  295.00 per hour.          177.00

11/27/09  Review correspondence from Bill Merckel
          regarding status of contract; correspondence
          with Bill Merckel and Receiver regarding
          telephone conference to discuss contract.
          Leslie C. Candes    .20 hours at  295.00 per hour.           59.00

11/30/09  Reviewing and analyzing quit claim deed to HOA;
          revising same.
          Sandra B. Williams    .20 hours at  185.00 per hour.         37.00

12/02/09  Review correspondence from Debbie Stewart
          regarding conveyance of property to homeowners
          association; telephone conference with Debbie
          Stewart regarding conveyance of property to
          homeowners association; revise Quit Claim Deed;
          correspondence with Dan Musca forwarding
          revised Quit Claim Deed.
          Leslie C. Candes    .50 hours at  295.00 per hour.          147.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  16

12/03/09  Revise Quit Claim Deed and Assignment of
          Declarant's Rights; conference with Receiver
          regarding execution of Quit Claim Deed and
          Assignment of Declarant's Rights; prepare
          correspondence to Dan Musca forwarding Quit
          Claim Deed and Assignment of Declarant's
          Rights; correspondence with Receiver forwarding
          correspondence sent to Dan Musca; prepare
          memorandum regarding status of file.
          Leslie C. Candes   1.10 hours at  295.00 per hour.        324.50

12/04/09  Revising HOA estoppel letter; recalculating
          prorations; revising all closing documents.
          Sandra B. Williams    .90 hours at  185.00 per hour.      166.50

12/04/09  Telephone call to Lena Pearson with Pasco County
          Tax Collector; reviewing correspondence from
          Lena Pearson regarding delinquent property
          taxes; preparing and sending correspondence to
          Loren Apsy with HOA regarding execution of
          revised HOA estoppel.
          Sandra B. Williams    .30 hours at  185.00 per hour.       55.50

12/11/09  (Sunset Bay) Multiple correspondence with Sandi
          Williams and Judy Mercier re closing; review
          multiple correspondence from Bill Merckel re
          same; review file re same.
          Demrie L. Graham   .40 hours at  340.00 per hour.         136.00

12/11/09  Reviewing and analyzing correspondence from
          Preparing and sending correspondence to Loren
          Apsy with HOA regarding request for updated
          estoppel letter; reviewing and analyzing file.
          Sandra B. Williams    .40 hours at  185.00 per hour.       74.00

12/14/09 Review multiple correspondence re closing;
         conference with Sandi Williams re earnest money
         deposit; review correspondence from broker re
         same; review multiple correspondence re closing
         documents and date.
         Demrie L. Graham    .70 hours at  340.00 per hour.        238.00

12/14/09 Reviewing and analyzing correspondence from
         Loren Apsy with HOA regarding revised estoppel
         letter; preparing and sending correspondence to
         HOA regarding additional information needed in
         estoppel letter; preparing and sending
         correspondence to HOA regarding estoppel update
         fee; reviewing responses regarding same;
         preparing and sending correspondence to Dan
         Musca attorney for HOA regarding status of
         recorded Quit Claim Deed and Assignment of
         Declarant's Rights; preparing and sending
         correspondence to Daryl Schwartz regarding new
         closing date; reviewing and analyzing
         correspondence from Daryl Schwartz regarding
         change in closing date; telephone call from Dan
         Musca regarding HOA quit claim deed and
         Assignment of Declarant's rights; coordinating
         same; reviewing and analyzing file; discussions
         with accounting dept. regarding escrow deposit;
         preparing and sending correspondence to Leslie
         Candes regarding escrow deposit; preparing and
         sending correspondence to Bill Merckel realtor
         regarding escrow deposit;
         Sandra B. Williams   1.80 hours at  185.00 per hour.      333.00

12/14/09 Reviewing and analyzing Revised Estoppel Letter;
         reprorating taxes and HOA dues for December 18th
         closing; revising closing documents for December
         18th closing; revising closing document for
         December 29th closing; revising closing document
         for December 29th closing.
         Sandra B. Williams   1.50 hours at  185.00 per hour.      277.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 18

12/15/09  Review closing documents; conference with Sandi
          Williams re same; review tax assessor website
          re tax parcel id's and unpaid taxes; telephone
          conference with title company re taxes for
          common areas; conference with Sandi Williams re
          same; correspondence with Judy Mercier re
          closing and closing documents.
          Demrie L. Graham    2.70 hours at  340.00 per hour.          918.00

12/15/09  Reviewing and analyzing correspondence from Stan
          Kirst regarding buyer's name change; responding
          to correspondence from Stan Kirst requesting an
          amendment to contract; coordinating deposit of
          escrow deposit; reviewing file in preparation
          for closing; discussions with Demrie Graham
          regarding taxes on common area; preparing and
          sending correspondence to Dan Musca regarding
          recording of HOA documents; telephone call to
          Jody Mulcahy with Chicago Title regarding
          possible title update; reviewing and responding
          to correspondence from Bill Merckel regarding
          outstanding items for closing.
          Sandra B. Williams    1.10 hours at  185.00 per hour.       203.50

12/16/09  Reviewing and analyzing correspondence from Dan
          Musca regarding Assignment of Declarant Rights;
          responding regarding recording of same.
          Sandra B. Williams     .20 hours at  185.00 per hour.        37.00

12/18/09  Review multiple correspondence re closing and
          closing documents; telephone conference with
          Sandi Williams re same.
          Demrie L. Graham     .30 hours at  340.00 per hour.         102.00

12/18/09  Telephone call from Bill Merckel regarding
          possible name change and closing date; preparing
          and sending correspondence to Stan Kirst
          regarding new name for Buyer and revised closing
          statement; telephone call to Debbie Stewart with

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  19

     Chicago Title regarding conveyance documents;
telephone call from Debbie Stewart regarding
request of revision to deed; reviewing
correspondence from Debbie Stewart regarding
same; preparing and sending correspondence to
Stan Kirst regarding Assignment of Contract.
Sandra B. Williams     .70 hours at  185.00 per hour.     129.50

12/18/09 Preparing and finalizing closing documents for
execution by Judy Mercier; meeting with Judy
Mercier regarding documents; revising closing
documents; meeting with Judy Mercier regarding
execution of the documents; preparing assignment
of contract.
Sandra B. Williams   1.20 hours at  185.00 per hour.     222.00

12/28/09 Review multiple correspondence re closing;
correspondence with Sandi Williams re same;
review correspondence from Buyer; review
correspondence re name change.
Demrie L. Graham     .30 hours at  340.00 per hour.     102.00

12/28/09 Reviewing and analyzing correspondence from Bill
Merckel regarding status of closing; reviewing
correspondence from Bill Merckel regarding wire
instructions; preparing and sending
correspondence to Stan Kirst regarding name
change; discussion with Demrie Graham regarding
same; preparing and sending correspondence to
Sunset Bay HOA regarding address for payment;
reviewing and analyzing correspondence from Stan
Kirst regarding new name for buyer; preparing
and sending correspondence to Stan Kirst
regarding revising closing documents and
instructions for delivery of documents and
closing proceeds wire.
Sandra B. Williams     .90 hours at  185.00 per hour.     166.50

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  20

12/28/09  Preparing disbursements for closing; revising
          closing documents to include new name of buyer.
          Sandra B. Williams   1.10 hours at  185.00 per hour.        203.50

12/29/09  Review correspondence from Buyer re closing;
          correspondence with Sandi Williams re same;
          conference with Sandi Williams re same;
          telephone conference with Buyer re same;
          correspondence with Judy Mercier and Sandi
          Williams re same.
          Demrie L. Graham     .80 hours at  340.00 per hour.        272.00

12/29/09  Reviewing and analyzing correspondence from Stan
          Kirst with G8 regarding delay with closing;
          numerous telephone calls to and from Bill
          Merckel regarding same; discussion with Demrie
          Graham regarding same; telephone call from Bill
          Merckel regarding status of closing; discussion
          with Demrie Graham regarding same; reviewing and
          analyzing correspondence from Demrie regarding
          discussions with Stan Kirst with G8; discussions
          with Demrie regarding January closing; telephone
          call to Bill Merckel regarding same.
          Sandra B. Williams   1.00 hours at  185.00 per hour.        185.00

12/30/09  Telephone conference with Brian McDowell re
          closing; review order; conference with Sandi
          Williams re closing date; review correspondence
          from Sandi Williams re revised closing
          documents.
          Demrie L. Graham     .40 hours at  340.00 per hour.        136.00

12/30/09  Revising closing documents for new closing date;
          recalculating prorations; revising closing
          disbursements.
          Sandra B. Williams    .90 hours at  185.00 per hour.        166.50

12/30/09  Telephone call from and to Bill Merckel
          regarding title commitment and new buyer;
          revising HOA estoppel; preparing and sending
          correspondence to Sunset Bay HOA regarding
          revised estoppel request; reviewing and
          responding to correspondence from Loren Apsy
          with Sunset Bay HOA regarding estoppel;
          reviewing same; preparing and sending closing
          instructions correspondence to all parties.
          Sandra B. Williams   1.20 hours at  185.00 per hour.        222.00

01/04/10  Preparing disbursement requests and incoming
          wire deposit; coordinating same.
          Sandra B. Williams    .40 hours at  190.00 per hour.         76.00

01/04/10  Telephone call from Stan Kirst with G8 Capital
          Fund regarding execution of the closing
          documents, incoming wire and Assignment of
          Contract; reviewing correspondence from Stan
          Kirst regarding same; preparing correspondence
          to Stan Kirst regarding same; coordinating with
          accounting incoming wire; preparing and sending
          correspondence to Stan Kirst regarding items
          needed to close and disburse transaction;
          telephone call from Bill Merckel realtor
          regarding status of closing; reviewing
          correspondence from Bill Merckel regarding
          same; preparing correspondence to all parties
          regarding copies of executed documents;
          reviewing numerous correspondence regarding
          disbursements; reviewing correspondence from
          Stan Kirst regarding corporate documents;
          responding to same; reviewing correspondence
          from Stan Kirst regarding assignment of
          contract; responding to same; preparing and
          sending correspondence to all parties regarding
          executed closing documents and disbursement of
          closing funds;
          Sandra B. Williams   1.80 hours at  190.00 per hour.        342.00

01/04/10  Reviewing executed closing document package from
          Buyer; reviewing and analyzing file in
          preparation of closing; coordinating
          disbursements with accounting; notarizing and
          witnessing execution of closing documents by
          Seller; reviewing incoming wire confirmation
          information.
          Sandra B. Williams   1.00 hours at  190.00 per hour.        190.00

01/05/10  Continue disbursing file; analyzing and
          organizing file; preparing and sending
          correspondence to Pasco County Clerk of Court
          regarding recording of documents; preparing and
          sending correspondence to Pasco County Tax
          Collector regarding payment of taxes; preparing
          and sending correspondence to KW Property
          Management Inc. regarding payment of HOA dues
          and estoppel fees; preparing and sending
          correspondence to Chicago Title regarding
          payment of title search fees; preparing and
          sending correspondence to Abramowitz Tax & Lien
          Services, Inc. regarding lien search; receiving
          and analyzing correspondence from Loren Apsy
          with HOA regarding closing; responding to same;
          discussions with Lisa Finelli and Leslie Candes
          regarding Tax I.D. numbers for 1099s.
          Sandra B. Williams   2.50 hours at  190.00 per hour.        475.00

01/06/10  Telephone call from Lena with Pasco County Tax
          Collector's office regarding requirement for
          certified funds on tax deed certificates;
          coordinating return of payment previously sent;
          discussions with Maria Sideco regarding same.
          Sandra B. Williams    .30 hours at  190.00 per hour.         57.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  23

01/06/10  Reviewing and analyzing correspondence from Lisa
          Finelli regarding tax information; preparing
          1099s for the sale of each unit; witnessing
          execution of same; preparing documents for
          submitting of same.
          Sandra B. Williams     .30 hours at  190.00 per hour.        57.00

01/06/10  Researching tax requirements for property tax
          shown on 1099.
          Sandra B. Williams     .30 hours at  190.00 per hour.        57.00

01/08/10  Reviewing and analyzing correspondence from
          Pasco County Clerk of Court regarding sales
          price of transaction and documentary stamps;
          adding sales price information 1st page to each
          receiver's deed and resending documents for
          recording; reviewing and analyzing
          correspondence from Loren Apsy with HOA
          regarding HOA funds; researching delivery of
          same; preparing and sending correspondence to
          Loren Apsy with HOA regarding proof of delivery.
          Sandra B. Williams     .60 hours at  190.00 per hour.       114.00

01/11/10  Reviewing correspondence from Pasco County Tax
          Collector regarding payment of delinquent
          property taxes for Unit 902 and paid receipt;;
          coordinating payment in certified funds for tax
          deed certificate on Unit 202; preparing
          correspondence to Pasco Tax Collector regarding
          same.
          Sandra B. Williams     .30 hours at  190.00 per hour.        57.00

01/19/10  Reviewing paid property tax receipts from Pasco
          County Tax Collector.
          Sandra B. Williams     .10 hours at  190.00 per hour.        19.00

01/19/10  Reviewing correspondence from Pasco County Tax
          Collector regarding payment of delinquent
          property taxes.
          Sandra B. Williams     .10 hours at  190.00 per hour.        19.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page  24

01/20/10 Reviewing additional tax receipt from Pasco
County Tax Collector; researching and obtaining
copies of recorded documents; coordinating
preparation of title policy and closing binders.
Sandra B. Williams    .30 hours at  190.00 per hour.          57.00

01/26/10 Reviewing title policy.
Sandra B. Williams    .30 hours at  190.00 per hour.          57.00

01/27/10 Continue reviewing title policy; marking up with
suggested changes; reviewing recorded Assignment
and Assumption of Declarant's Rights shown in
title update and how it affects title policy.
Sandra B. Williams    .30 hours at  190.00 per hour.          57.00

01/27/10 Draft Owner's Title Insurance Policy; revise and
finalize policy.
-Christine Perez    1.00 hours at   55.00 per hour.          55.00

02/05/10 Reviewing correspondence from Judy Mercier
regarding telephone conversation with Pasco
County Property Appraiser's office regarding
typo in legal description; reviewing title file;
preparing and sending correspondence to Debbie
Stewart with Chicago Title regarding same.
Sandra B. Williams    .40 hours at  190.00 per hour.          76.00

02/08/10 Preparing corrective deed for unit 902 Sunset
Bay.
Sandra B. Williams    .30 hours at  190.00 per hour.          57.00

02/08/10 Reviewing and analyzing correspondence from
Debbie Stewart with Chicago Title regarding typo
in legal description in title commitment;
responding to same.
Sandra B. Williams    .10 hours at  190.00 per hour.          19.00

02/18/10 Searching Pasco County Public Records for copy
of recorded corrective deed.
Sandra B. Williams    .10 hours at  190.00 per hour.          19.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 25

04/13/10  Telephone conference with Brian Chase regarding
          tax bill and tax certificate; conference with
          Receiver regarding status.
          Leslie C. Candes    .40 hours at 320.00 per hour.    128.00

04/14/10  Review correspondence from Loren Apsy regarding
          outstanding real estate taxes; correspondence
          with Brian Chase regarding outstanding real
          estate taxes; review correspondence from Loren
          Apsy regarding conversation with tax collector;
          correspondence with Loren Apsy regarding
          contacting attorney and status.
          Leslie C. Candes    .40 hours at 320.00 per hour.    128.00

04/15/10  Review and provide comments to title policy.
          Leslie C. Candes    .40 hours at 320.00 per hour.    128.00

04/26/10  Correspondence with Brian Chase regarding
          status of discussions with Pasco County
          Property Appraiser's Office regarding real
          property taxes imposed on clubhouse.
          Leslie C. Candes    .10 hours at 320.00 per hour.     32.00

06/23/10  Begin drafting response to Kirkland's Motion to
          Repay.
          Edward M. Fitzgerald    .80 hours at 250.00 per hour.   200.00

06/25/10  Continue drafting response to Kirkland's Motion
          to Repay.
          Edward M. Fitzgerald   1.50 hours at 250.00 per hour.   375.00

06/28/10  Finalize and file response to Patrick
          Kirkland's Motion to Repay.
          Edward M. Fitzgerald   1.20 hours at 250.00 per hour.   300.00

06/29/10  Telephone call to Brian Chase regarding Sunset
          Bay tax issues.
          Leslie C. Candes    .10 hours at 320.00 per hour.     32.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 26

08/11/10  Review correspondence regarding status of trust
          account; correspondence regarding status of
          trust account and proceeds of Pelican Bay file
          and Isleworth closings.
          Leslie C. Candes    .40 hours at  320.00 per hour.         128.00

10/18/10  Preparing and sending correspondence to Stan
          Kirst regarding copies of recorded deeds and
          issuance of closing binder; discussion with Judy
          Mercier regarding information for accountant;
          coordinating delivery of same.
          Sandra B. Williams    .30 hours at  190.00 per hour.        57.00

          Total Fees for Professional Services ......$    20,338.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| McDowell, Brian A. | Partner | 4.70 | 450.00 | 2,115.00 |
| Zusmann, Samuel J. | Partner | 1.40 | 500.00 | 700.00 |
| Benton, Jr., Alvin F. | Associate | 3.60 | 200.00 | 720.00 |
| Candes, Leslie C. | Associate | 24.20 | 295.00 | 7,139.00 |
| Candes, Leslie C. | Associate | 1.80 | 320.00 | 576.00 |
| Fitzgerald, Edward M. | Associate | 3.90 | 250.00 | 975.00 |
| Graham, Demrie L. | Associate | 5.60 | 340.00 | 1,904.00 |
| Perez, -Christine | Legal Asst | 1.00 | 55.00 | 55.00 |
| Williams, Sandra B. | Paralegal | 23.20 | 185.00 | 4,292.00 |
| Williams, Sandra B. | Paralegal | 9.80 | 190.00 | 1,862.00 |

          Current Billing for this Matter ...........    20,338.00

Holland & Knight LLP
c/o Judith M. Mercier, Receiver
200 South Orange Avenue, Suite 2600
Orlando, FL 32801

March 30, 2011
Invoice 2634195
Page 27

```
                                                    -----------
    BALANCE DUE THIS INVOICE ...................$      20,338.00
                                                    ===========
```