**PARALEGAL AND DOCUMENT SUPPORT**

| Invoice Date and Number | Hourly Rate | Hours | Total |
|---|---|---|---|
| July 1, 2009, Inv. No. 2009-31 | $50.00 | 25.80 | $1,290.00 |
| July 16, 2009, Inv. No. 2009-32 | $50.00 | 50.70 | $2,535.00 |
| August 3, 2009, Inv. No. 2009-33 | $50.00 | 28.50 | $1,425.00 |
| August 14, 2009, Inv. No. 2009-36 | $50.00 | 10.40 | $520.00 |
| September 30, 2009, Inv. No. 2009-44 | $50.00 | 12.80 | $640.00 |
| November 3, 2009, Inv. No. 2009-49 | $50.00 | 4.70 | $235.00 |
| November 17, 2009, Inv. No. 2009-52 | $50.00 | 11.30 | $565.00 |
| January __, 2010, Inv. No. 2010-03 | $50.00 | 5.90 | $295.00 |
| February 3, 2010, Inv. No. 2010-08 | $50.00 | 14.10 | $705.00 |
| February 17, 2010, Inv. No. 2010-11 | $50.00 | 12.70 | $635.00 |
| March 1, 2010, Inv. No. 2010-18 | $50.00 | 19.60 | $980.00 |
| March 16, 2010, Inv. No. 2010-19B | $50.00 | 16.10 | $805.00 |
| March 16, 2010, Inv. No. 2010-19A | $50.00 | 4.40 | $220.00 |
| April 16, 2010, Inv. No. 2010-24 | $50.00 | 7.60 | $380.00 |
| May 17, 2010, Inv. No. 2010-34B | $50.00 | 0.80 | $40.00 |
| May 17, 2010, Inv. No. 2010-34 | $50.00 | 6.70 | $335.00 |
| June 3, 2010, Inv. No. 2010-36 | $50.00 | 16.90 | $845.00 |
| July 1, 2010, Inv. No. 2010-42 | $50.00 | 10.30 | $515.00 |
| August 16, 2010, Inv. No. 2010-53 | $50.00 | 10.80 | $540.00 |
| September 20, 2010, Inv. No. 2010-61 | $50.00 | 37.60 | $1,880.00 |
| October 1, 2010, Inv. No. 2010-62 | $50.00 | 4.00 | $200.00 |
| October 18, 2010, Inv. No. 2010-65 | $50.00 | 10.20 | $510.00 |
| December 1, 2010, Inv. No. 2010-74 | $50.00 | 4.70 | $235.00 |
| December 1, 2010, Inv. No. 2010-75 | $50.00 | 2.00 | $100.00 |
| December 31, 2010, Inv. No. 2010-77 | $50.00 | 2.20 | $110.00 |
| March 31, 2011, Inv. No. 2011-08 | $50.00 | 3.40 | $170.00 |
| July 18, 2011, Inv. No. 2011-25 | $50.00 | 1.80 | $90.00 |
| August 12, 2011, Inv. No. 2011-27 | $50.00 | 2.00 | $100.00 |
| | | 338.00 | $16,900.00 |

EXHIBIT

A3

6250178_3.XLS

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:          July 1, 2009
Invoice No:    2009-31

Bill To:    Holland & Knight LLP
            200 South Orange Avenue
            Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 25.8 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheets. | $50.00 | $1,290.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$1,290.00** |

# Time Sheet

| Date | Hours | Description |
|---|---|---|
| 6/16/2009 | 5.5 | Continue working with the Receiver on the claims review, review investor files and accounting reports and documents to confirm amounts requested in various claims without adequate backup documentation and work on inputting information on the claims log to be used in the final determination of the percentage for distribution (5.5). |
| 6/17/2009 | 6.0 | Continue with the claims review and update the log with allowable and disallowable portions of the claims and re-organize all claims and documents pulled to determine allowable portions of claims (4.4); telephone conferences with various investors (.3); and review files and pull information requested by the receiver to make determination on allowances of various claims (1.3). |
| 6/22/2009 | 5.0 | Prepare a memo of procedures regarding the claims process from the initial claims log prepared to the notice of the bar date given to all claimants and the actual review process and determination of allowable claims and pull all supporting documentation to prepare a Hearing Binder on same (5.0). |
| 6/23/2009 | 1.5 | Various telephone conferences with counsel for investors and investors re: status of the claims review and distribution (.4); and continue with the claims review (1.1). |
| 6/24/2009 | 4.8 | Continue with the claims review with the Receiver (.9); pull information requested to determine validity of portions of claims (.9); update the log with allowable and disallowable portions of the claims (1.1); pull and organize claims by category and responses needed for each (1.1); and re-organize all claims and documents pulled to determine allowable portions of claims (.8). |
| 6/30/2009 | 3.0 | Continue with the organizing of claims by category and needed responses and work on drafting letter responses accordingly (3.0). |
|  |  |  |
|  | 25.8 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: July 16, 2009
Invoice No: 2009-32

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 50.7 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheets. | $50.00 | $2,535.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$2,535.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 7/01/2009 | 4.1 | Prepare 13 individual letters (each letter at .3) to claimants who have objections to their claims (3.9); and conference with the Receiver re: various objections and responses re: objections (.2). |
| 7/06/2009 | 6.5 | Conference with Receiver re: form basis to be used in individual letters to claimants re: their Proof of Claims (.2); and prepare 21 individual letters (each letter at .3) to claimants who have objections to their claims (6.3). |
| 7/07/2009 | 4.7 | Reconcile monthly bank statements of all Receivership accounts and update Quickbooks accordingly (1.0); confirm and update claimant addresses for letter distribution (1.2); work with the Receiver on correspondence to claimants re: approval and disapproval of their claims (.4); and work on preparing appropriate letters to claimants re: claims procedures and their individual claims (2.1). |
| 7/08/2009 | 7.4 | Work with the Receiver on preparing appropriate letters to claimants re: claims procedures and their individual claims (.8); work on preparing merge document for envelopes of all claimant letters (2.2), work on updating the log with allowed amounts of claims (1.7) and work on revisions of previously prepared letters (2.7). |
| 7/09/2009 | 6.0 | Work with the Receiver on preparing appropriate letters to claimants re: claims procedures and their individual claims (1.4) and work on revisions of previously prepared letters (4.6). |
| 7/10/2009 | 5.0 | Work with the Receiver on preparing appropriate letters to claimants re: claims procedures and their individual claims (.9) and work on revisions of previously prepared letters and verification of individual claim information for each (4.1). |
| 7/13/2009 | 4.5 | Work with the Receiver on finalization of various claimant letters, verification of individual claim information for each and prepare mail out of same (4.2) and emails and telephone calls from investors re: status of claims procedure (.3). |
| 7/14/2009 | 6.5 | Work with the Receiver on finalization of various claimant letters, verification of individual claim information for each and prepare mail out of same (5.4); update the log with mail out date information and change format to allow information pertaining to claimant responses (1.1). |
| 7/15/2009 | 6.0 | Work with the Receiver on finalization of last 3 claimant letters, verification of individual claim information for each and prepare mail out of same (1.2); telephone conference with investor re: objection to claim based on settlement and conference with Receiver re: same (.2); work on filing and updating all investor files with claim review letters and corresponding information and updating the claims log (2.2); and work with the Receiver on pulling information to be used in the Receiver and Counsel for the Receiver's 2nd Fee Application (2.4). |
|  |  |  |
|  | 50.7 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:        August 3, 2009
Invoice No:  2009-33

Bill To:    Holland & Knight LLP
            200 South Orange Avenue
            Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 28.5 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheet. | $50.00 | $1,425.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$1,425.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 7/16/2009 | 5.0 | Assist with updating and compiling backup information used in the Receiver and Counsel for the Receiver's 2nd Fee Application; (3.9); pull information for updating outstanding debt on the Sunset Bay units to be used in the upcoming closing (.2); receive and review the Sunset Bay Income and Expense Allocations for March – May and update the log book re: same (.5); and assist with pulling accounting information to be used in the 2nd Fee Application (.4). |
| 7/17/09 | 7.3 | Verify various information in the Fee Applications and the Receiver's Declaration and update exhibits and backup information accordingly (5.8); and work with the Receiver on finalizing the compiled exhibits for the Fee Applications of the Receiver and her Counsel for filing (1.5). |
| 7/20/09 | 1.4 | Assist with editing the exhibits to the Fee Applications. |
| 7/21/09 | 5.1 | Assist with finalizing the composite exhibits to the Fee Applications and work on revising the summary of costs requested and organizing the backup for same (4.0); various telephone conferences with investors re: questions concerning the recommendations to be made on their claims (.3); and verify invoices from contract paralegal and H&K show write off amounts for use in composite exhibits to the Fee Applications. (.8). |
| 7/22/09 | 4.4 | Various telephone conferences with investors re: the Receiver's recommendations concerning their claims (.2); telephone conference with investor Samuel and forward a new Proof of Claim form for his amended Proof of Claim (.2); and assist with finalizing the composite exhibits to the Fee Applications and work on revising the summary of costs requested and organizing the backup for same (4.0). |
| 7/23/09 | .4 | Various telephone conferences with investors re: questions concerning the Receiver's recommendations (.4). |
| 7/27/09 | 3.7 | Work with the Receiver on updating the composite exhibits to the Fee Application and pull additional information to be used in preparing composite exhibits (2.7); review cites of case law pulled in previous application (.2); receive funds requested from retainer held by previous law firm for Senior Adult, deposit funds and update the bank accounting and QuickBooks accordingly (.2); receive request from Banco Popular to move 2 Receiver accounts from dormant status and process paper work to do so (.1); receive various mailed response from claimants re: response to Receiver's recommendation (.2); and pull various biographical information on paralegals to be used in the application (.3). |
| 7/28/09 | .7 | Pull previous orders and reports and recommendations concerning the initial fee application to assist counsel (.3); pull dates and information from the previously filed Receiver interim report (.2) and telephone conference with investor re: amending his proof of claim (.2). |
| 7/30/09 | .5 | Receiver voice mail request from attorney Brumby re: his supporting declaration to the Fee Application and forward requested documents (.3); and conference with the Receiver and Brumby re: questions on documents (.2). |
| | | |
| | 28.5 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:            August 14, 2009
Invoice No:      2009-36

Bill To:      Holland & Knight LLP
              200 South Orange Avenue
              Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10.4 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheet. | $50.00 | $520.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$520.00** |

Time Sheet

| Date | Hours | Description |
|---|---|---|
| 8/05/2009 | .3 | Telephone conference with attorney McGowan's office re: call to the Receiver concerning their investor clients (.1); receive and review various responses from investors re: the Receiver's recommendations (.2). |
| 08/07/2009 | .5 | Various telephone conferences with investors re: questions concerning the Receiver's letter and hearing on objections (.3); receive and review various responses from investors re: the Receiver's recommendations (.2). |
| 08/12/2009 | 3.0 | Work on updating the claims log with Receiver recommendation letter information and all responses received to dated (1.4); conference re: preparing motion for hearing on claims (.1); and work on verifying all information on the log is current including claimant addresses for use during the hearing on the objections to claims (1.5). |
| 8/13/2009 | 3.9 | Finalize updating and confirming all information on the log is accurate concerning all claims filed for use at hearing (2.3); various telephone conferences with investors re: questions concerning the Receiver's letter and hearing on objections (.4); and replace and organize all documents and files pulled re: log update and claims filed to date (1.2). |
| 8/14/2009 | 2.7 | Reconcile all Receivership accounts and QuickBook records (.7); email correspondence to counsel for claimants re: a former lawsuit held by this claimant (.2); update action descriptions taken concerning the claims process for use at the hearing on the objection to claims and future Receiver report (.8); and work on editing the claims log (1.0). |
| | | |
| | 10.4 | TOTAL |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:            September 30, 2009
Invoice No:      2009-44

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12.8 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheet. | $50.00 | $640.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$640.00** |

10/08/09
107035.00001

# Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 8/19/2009 | .3 | Various communications with investors re: status of claims process. |
| 8/25/2009 | .3 | Various communications with investors re: status of claims process. |
| 8/26/2009 | .5 | Receive and review the income and expense allocations for the two Sunset Bay units and update the log (.4); and telephone conference with investor re: status of claims process (.1 |
| 8/28/2009 | 2.5 | Conference re: requirements for the Motion for Order of Distribution (.2); go over various questions concerning closing documents for the Sunset Bay units (.2); draft Report to be filed with the Motion for Order of Distribution by breaking down the claims with their allowed and disallowed amounts (2.1). |
| 9/01/2009 | .2 | Various communications with investors re: status of claims process. |
| 9/04/2009 | 1.0 | Reconcile all receiver accounts and update the QuickBook records on same (.7); and receive and review various emails and phone messages from investors re: status of claims process and new contact information for same (.3). |
| 9/17/09 | .2 | Pull information concerning the bank accounts of Laurel Wood for preparation of Subpoenas re: discovery for judgment collection. |
| 9/18/09 | .5 | Review the notice log re: filing the proof of claims to determine which individual claimants were later included and given notice. |
| 9/21/09 | 1.2 | Assist the Receiver on the preparation of the Motion for Hearing on Objection to Claims and pull information and documents for exhibits and backup information for same. |
| 9/22/09 | .3 | Conference re: various objections to claims filed and begin preparing section in the Motion for Hearing on Objections which lists the various claimants and reasons for the objections to their claims. |
| 9/23/09 | 3.3 | Assist the Receiver with the Motion for Hearing on Objections by compiling the basis for the individual objections to claims (1.1); confirm acceptances previously filed (.6); edit the log concerning the allowed and disallowed claim amounts for use at the hearing (.6) and pull various information from the claims files to be used in the Motion (1.0). |
| 9/24/09 | .4 | Conference with Receiver re: various objections to claims and pull information for preparing the Motion for Hearing on Objections. |
| 9/29/09 | 1.0 | Receive and review the Income and Expense Report for the 2 Sunset Bay units for August and update the log re: same (.4); various telephone conferences with investors re: status of payout on claims (.3) and pull information for Receiver re: Motion for Hearing on Objections (.3). |
| 9/30/09 | 1.1 | Assist with preparing the exhibits to be used with the Motion for Hearing on Objections and assist with the editing of the Motion for filing same. |
| | | |
| | **12.8** | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:           November 3, 2009
Invoice No:     2009-49

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4.7 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheet. | $50.00 | $235.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$235.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 10/07/2009 | 1.0 | Reconcile all Receivership bank accounts with monthly bank statements and update the QuickBook accounts accordingly (.8); various responses to investors re: request for status of hearing on objection to claims (.2). |
| 10/09/2009 | 1.9 | Receive and review Notice of Hearing re: Objections to Claims and conference re: noticing claimants (.2); verify addresses and claimants accepts or contest to their claim (.5) and prepare packages for claimants who have not accepted the Receiver's recommendations and have same sent out per the Court's instructions (1.2). |
| 10/13/2009 | 1.0 | Forward hearing notice and claimant letter to Christine Leja individually in addition to package that was sent to her and her husband (.2); re-file and organize various claims files and documents pulled for information used during the claimants letters re: hearing and individual status requests from investors during the claims process (.8). |
| 10/15/2009 | .2 | Receive phone messages from investors in response to the Notice of Hearing that was sent out and prepare memos to file re: their phone messages (.2). |
| 10/27/2009 | .1 | Telephone conference with an investor re: questions concerning the upcoming hearing. |
| 10/29/2009 | .5 | Receive and review the Income and Expense Allocations for the 2 Sunset Bay Units and update the log with same (.2); receive and review written responses by investors to the Receiver's notice of Hearing on Claims Objections and update their files for use at the hearing (.3). |
| | | |
| | 4.7 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: November 17, 2009
Invoice No: 2009-52

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 11.3 | Paralegal Services Re: non-legal services for the Receiver, per the attached time sheet. | $50.00 | $565.00 |
| | SEC vs. Kirkland (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$565.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 11/03/2009 | 1.0 | Various telephone conferences with investors re: upcoming hearing and estimated time for payment on claims (.3); conference re: documents to be compiled for use at the Hearing on Objection to claims (.2); conference re: Hearing preparation and pull information for same (.5). |
| 11/04/2009 | 5.5 | Prepare a list of outstanding debt on the 2 Sunset Bay Units with updated information since the failed sale of the units (1.1); various telephone conferences with investors re: upcoming hearing and their claims (.3); pull claim files to be addressed at the hearing and segregate the claims by contested, request for priority and miscellaneous (.7); update the log with newly received acceptance by various claimants and file acceptances for use at hearing (.4); review each claim file and confirm all amounts requested and acceptances if applicable (1.3); review outstanding issues before the court concerning request for payment of fees and costs and estimate remaining funds from the reconciled accounts for estimated distribution percentages and total payout amount (.8); conference with counsel for the Receiver re: hearing and pull information and documentation requested (.4); and assist the Receiver with Hearing preparation (.5). |
| 11/05/2009 | 2.8 | Attend and assist at Hearing on Objections to Claims (2.0); review the corporate records for Clarity records on personal property taxes outstanding for working with Orange County on their claim issue (.5) and pull information pertaining to the property sold at Clarity's office and their value re: tax issue (.3). |
| 11/10/2009 | 1.0 | Receive and review bank statements on all Receivership accounts and reconcile each account and update QuickBooks (.8); and receive information pertaining to possible sale of the Sunset Bay units and new management company for same (.2). |
| 11/12/009 | .5 | Receive information pertaining to the new sale of the Sunset Bay units and forward the Court order on the previous sale to review authority given by the Court (.2); update the contact sheet with new Sunset Bay Management Company information (.1); check status of settlement talks with Orange County Tax Collector re: negotiations on claims amount (.1); and conference re: updating the claims log with the Judge's rulings and obtaining a payout figure for Claimants (.1). |
| 11/13/2009 | .5 | Review hearing notes and add to the claims log the Judge's rulings concerning the individual claims (.5). |
| | | |
| | 11.3 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:           January 2, 2009
Invoice No:     2010-03

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5.9 | Paralegal Services per the attached time sheet. | $50.00 | $295.00 |
| | SEC vs. Kirkland (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$295.00** |

| Date | Hours | Description |
|---|---|---|
| 11/16/2009 | .4 | Pull information regarding authorization re: the sale of the Sunset Bay properties for counsel for the Receiver and outstanding property taxes on the units (.4). |
| 11/17/2009 | .7 | Process invoice for mediation fees associated with the Laurel Wood case and update the QuickBooks accordingly (.4); check into status of negotiations with Orange County re: tax claim issue (.1); and look up information needed to assist with closing documents of the 2 Sunset Bay units (.2). |
| 11/19/2009 | .5 | Conference with counsel for the Receiver re: negotiations with Orange County tax claim (.2) and pull information needed for the closing of the 2 units at Sunset Bay (.3). |
| 12/02/2009 | .2 | Telephone conference with investors re: status of distribution order. |
| 12/03/2009 | .1 | Telephone conference with investor re: status of distribution order. |
| 12/04/2009 | .9 | Telephone conference with investor re: status of distribution order (.1); reconcile all Receivership accounts with the November statements and update QuickBooks accordingly (.8). |
| 12/15/2009 | .2 | Telephone conferences with investors re: status update. |
| 12/16/2009 | .9 | Prepare claimant log with distribution column (.4) and receive order for paying auctioneer and transfer funds and prepare payment per order (.5). |
| 12/17/2009 | 1.9 | Review the investor accounting analysis to determine which closings occurred in 2005 and 2006, review files and pull closings statements for same and forward requested information to accountant (1.3); conference re: distribution to claimants (.1) and update information on the claimant log with requested information from accountant (.5). |
| 12/29/2009 | .1 | Check into status of resolution with county tax claim. |
|  |  |  |
|  | 5.9 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: February 3, 2010
Invoice No: 2010-08

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 14.1 | All time through January | $50.00 | $705.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$705.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 1/05/2010 | .6 | Assist real estate closing with information needed (.2); and receive and review refund check re: taxes on loan from a creditor of Tropical Village, deposit funds and update the QuickBooks account (.4). |
| 1/06/2010 | .5 | Receive and review the closing statement for the 2 Sunset Bay units (.1); deposit the closing funds and update the QuickBooks account (.3); and receive and review correspondence from creditor re: incurring charges (.1). |
| 1/07/2010 | 1.0 | Reconcile all Receiver bank accounts and update the QuickBook accounts accordingly. |
| 1/11/2010 | .5 | Telephone conferences with various investors and their counsel re: status of distribution order (.2); conference re: settlement of Orange County claim (.1); and pull information on the payout log for future distribution (.2). |
| 1/14/2010 | .2 | Telephone conferences with investors re: status of claims distribution and look up information for them pertaining to the hearing. |
| 1/15/2010 | 1.8 | Review the Receiver's Claim Report and Orange County tax settlement and prepare a draft Order for Distribution of Claims (1.5) update account balance information (.2) and telephone conference with investor re: status (.1). |
| 1/19/2010 | .4 | Receive invoice for Bond renewal on Receivership accounts and forward payment for same. |
| 1/26/2010 | 2.4 | Review all IRS, Social Security and Payroll tax notifications and forward a packet of outstanding issues to accountants (1.5); file and organize all communications received from investors in the last 2 months re: status of distribution and communications re: County tax claim and investor payments (.5); and work on obtaining the County tax claim files and communications with their attorney (.4). |
| 1/27/2010 | 4.4 | Pull various documents requested by the account dealing with asset liquidation for use in tax returns and prepare a package of same (3.1) various telephone conferences with investors re: status of distribution (.2); and update files for eventual closing of case (1.1). |
| 1/28/2010 | .5 | Receive and review new order re: claims objections and pull information pertaining to the orange county tax claim. |
| 1/29/2010 | 1.8 | Continue pulling information requested by accountant for use in tax returns and communications with the IRS. |
|  |  |  |
|  | **14.1** | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: February 17, 2010
Invoice No: 2010-11

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12.7 | Paralegal Services per the attached time sheet. | $50.00 | $635.00 |
| | SEC vs. Kirkland (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$635.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 2/01/2010 | 3.8 | Conference with the Receiver re: the closing documentation concerning the Scottish Property and items needed by the accountants to complete tax returns and forward remaining requested information to the accountants (1.1); telephone call to the California corporation in response to call to the Receiver re: former employees of Clarity (.1); conference re: Order Sustaining Receiver's Objections to Claim, document this payment as full settlement and process payment to Orange County Tax Collector and forward ordered funds (1.2); and confirm all claimants are listed in the latest order re: claims objections (1.4). |
| 2/02/10 | 1.1 | Conference re: Silverman and Solomon claim and the Amended Order on Claims (.4); telephone conference with the Orange County tax collector's counsel re: forwarding payment resolving their priority claim and forward payment (.3) and review various closing papers re: issues with tax returns. (.4). |
| 2/03/2010 | .8 | Conference and pull up account reconciliation and recent check information (.4); telephone conference with counsel for Silverman and Solomon re: substituted order (.2); telephone conference with investors re: status update (.2). |
| 2/04/2010 | 1.2 | Run searches on the corporate records re: Texas property purchase information and former employee information for tax returns and California dept. of corporations request, and review corporate records for same (.9); conference re: information request and telephone call to California dept. of corporations re: subpoena needed (.3). |
| 2/05/2010 | 1.2 | Reconcile all receiver bank accounts and update QuickBooks accordingly (1.0); and receive and review various documents concerning property closings to be used with tax returns (.2). |
| 2/09/10 | 2.7 | Update the Cash Flow Statement from July 2009, thru today (1.3) and receive and review Order re: report on status of various assets and begin pulling information to be used for same (1.4). |
| 2/11/10 | 1.4 | Conference re: court ordered status report and review various pleadings for information pertaining to same (1.4). |
| 2/12/2010 | .5 | Receive and review new order from court re: claims objections and verify Solomon's claim (.2); telephone conference with investor's counsel re: status (.2); and update claims files with pulled documents (.1). |
| | | |
| | 12.7 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: March 1, 2010
Invoice No: 2010-18

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 19.6 | Paralegal Services per the attached time sheet. | $50.00 | $980.00 |
| | SEC vs. Kirkland (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$980.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 2/16/2010 | 5.7 | Pull tax information for accountant re: 2005 and 2006 payroll taxes and IRS notices on various corporate entities (2.9); and assist with the preparation and filing of the Receiver's Status Report in Response to Courts 2/8/10 Order (2.8). |
| 2/17/2010 | .5 | Receive information pertaining to the Sunset Bay units (.2); and various communications with investors re: status of the claims process (.3). |
| 2/18/2010 | 1.0 | Review the corporate records for documents requested by the accountants for tax return preparation (.9); and telephone conference with investor re: status (.1). |
| 2/19/2010 | 3.9 | Various reviews of corporate records for documents requested by the accounts for tax return preparation of various entities and work with accountants re: additional information needed. |
| 2/22/2010 | 4.9 | Review the corporate records for documents requested by the accountants for tax return preparation (.9); conference with Receiver re: signing tax returns and related documents re: Tropical Village and Clarity Development and other IRS filings, organize same for files and send out for filing with tax authorities (4.0). |
| 2/23/2010 | 3.6 | Conference with Receiver re: signing tax returns and related documents re: Summerhill Ventures and other IRS filings, prepare payments for tax returns, update the Quickbook accounts for same and organize returns for files and send out for filing with tax authorities (3.6). |
| | | |
| | 19.6 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:              March 16, 2010
Invoice No:        2010-19B

Bill To:    Holland & Knight LLP
            200 South Orange Avenue
            Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 16.1 | Paralegal Services per the attached time sheet. | $50.00 | $805.00 |
| | SEC vs. Kirkland<br>(Time Pertaining to the Fee Applications ) 07035.00001 | **TOTAL** | **$805.00** |

Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 3/02/2010 | 5.0 | Review multiple Westlaw cases re: Reports and Recommendations entered by Judge Spaulding re: confirmation of same (.7); and begin pulling documents pertaining to the fee petitions, Receiver declaration, Pelican Bay and Summerhill communications (4.3). |
| 3/03/2010 | 6.1 | Work with Receiver re: pulling documents and data pertaining to response to the Report and Recommendation re: Fee Application. |
| 3/04/2010 | 3.9 | Work with the Receiver re: pulling documents and data pertaining to response to Report and Recommendation re: Fee Application. |
| 3/09/2010 | 1.1 | Assist the Receiver by pulling various documents concerning the Texas sale and other issues for response to the Report and Recommendation. |
| | | |
| | 16.1 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: March 16, 2010
Invoice No: 2010-19A

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4.4 | Paralegal Services per the attached time sheet. | $50.00 | $220.00 |
| | SEC vs. Kirkland (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$220.00** |

Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 3/04/2010 | .9 | Receive and review bank statements for the Receiver's accounts, reconcile accounts and update Summation accounts. |
| 3/05/2010 | 2.1 | Receive signed tax declaration sheets for Clarity, Summerhill and Tropical from the accountants and file each with their appropriate taxes (.4); receive and review tax returns for Sunset Bay and Pelican Bay (.8); and pull information requested on the Pelican Bay construction loan for the accountant.(.9). |
| 3/08/2010 | .3 | Conference re: Solomon and Silverman claim and motion filed by investor and pull requested documents for same. |
| 3/09/2010 | .5 | Telephone conferences with investors re: status of distribution and tax issues (.3); and receive and review penalty notices re: tax issues and conference re: same (.2). |
| 3/10/2010 | .6 | Conference re: Solomon and Silverman claim and motion re: the watch and pull documents requested for same (.4); and telephone conferences with investors re: status (.2). |
|  |  |  |
|  | 4.4 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:          April 16, 2010
Invoice No:    2010-24

Bill To:      Holland & Knight LLP
              200 South Orange Avenue
              Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 7.6 | Paralegal Services per the attached time sheet. | $50.00 | $380.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$380.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 3/16/2010 | .9 | Review Kirkland's letter re: personal bank account and pull account information on same (.3); telephone conference with investors re: status of distribution and pull information requested by investors and forward same (.4); and review the claims bar date log re: IRS (.2). |
| 3/18/2010 | .1 | Telephone conference with investor re: status of distribution and IRS matters. |
| 3/22/2010 | .6 | Receive and review Kirkland correspondence, verify remaining tax returns to be filed and conference re: accounting task remaining (.6). |
| 3/23/201 | .1 | Telephone conference with investor re: status of distribution and IRS matters. |
| 3/24/2010 | 2.8 | Receive tax penalty notices from the Department of Review, compare with previously sent notices and forward same to accountants with correspondence (.7); receive and review the 2005 and 2006 payroll tax corrections and filings re: Sunset Bay, forward appropriate documents to the Social Security Administration and prepare items to go to the IRS upon receipt by the Social Security Administration (.7); prepare files and organize all communications and tax forms filed and received (.6); and review outstanding tax issues for the accountants and email questions re: same (.8). |
| 3/25/2010 | .1 | Email to and from investor re: status of distribution and IRS matters. |
| 3/26/2010 | .1 | Receive correspondence from Sunset Bay management company re: county taxes on the clubhouse. |
| 3/31/2010 | .9 | Telephone conferences with investors re: status of distribution and IRS matters (.3); conference re: possibility of 1099s being distributed (.3) and pull information from the latest claims report for investor question (.3). |
| 4/7/2010 | 1.3 | Reconcile all Receivership bank accounts and update the QuickBooks accounts accordingly (.9); check the status of outstanding IRS returns (.2); and telephone conference with investor re: status of distribution (.2). |
| 4/12/2010 | .4 | Receive the certified mail receipts for tax forms and correspondence sent to the IRS and the Social Security Administration re: Senior Adult 941 tax lien and forward information to accountants re: same (.2); and receive and review notices from the Florida Dept. of Revenue re: Clarity tax returns and review file re: same (.2). |
| 4/14/2010 | .3 | Telephone conferences with investors re: status of distribution and tax issues (.2); and review communications re clubhouse tax issues at Sunset Bay (.1). |
| | | |
| | 7.6 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:         Ma7 17, 2010
Invoice No:   2010-34B

Bill To:    Holland & Knight LLP
            200 South Orange Avenue
            Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| .8 | Paralegal Services per the attached time sheet. | $50.00 | $40.00 |
| | SEC vs. Kirkland<br>(Time Pertaining to the Fee Applications ) 07035.00001 | **TOTAL** | **$40.00** |

Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 4/30/2010 | .8 | Organize and file various documents pulled re: 2nd application for attorney's fees. |
| | | |
| | .8 | **TOTAL** |

# INVOICE

Date:           May 17, 2010
Invoice No:     2010-34

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6.7 | Paralegal Services per the attached time sheet. | $50.00 | $335.00 |
| | | | |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$335.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 4/22/2010 | .3 | Receive and deposit turned over funds from Kirkland's personal account and update QuickBooks account. |
| 4/27/2010 | .1 | Telephone call to accountant re: clearing up final IRS issues. |
| 4/29/2010 | 4.0 | Review all outstanding tax issues, communications with the accountant re: same and document the appropriate files with status (1.6); various telephone conferences with investors re: status of distribution (.3); run address searches on 4 Senior Adult Living former employees and forward returned corrected W-2 statements as required by the IRS (1.6); and re-file and organize various documents pulled for investor conversations and assistance with counsel (.5). |
| 5/06/2010 | .2 | Forward information to SunTrust bank re: renewal of bond on Receivership accounts. |
| 5/07/2010 | .1 | Request tax issue status of the accountants. |
| 5/10/2010 | .9 | Balance Receivership bank accounts and update QuickBook accounts (.9). |
| 5/11/2010 | .2 | Review and conference re: outstanding tax issues (.2). |
| 5/13/2010 | .4 | Review of outstanding tax issues (.2) and schedule telephone conference with accountant re: same (.2). |
| 5/14/2010 | .5 | Attend telephonic conference with accountant re: outstanding tax issues and receive instructions re: 2009 filing |
| | | |
| | 6.7 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:           June 3, 2010
Invoice No:     2010-36

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 16.9 | Paralegal Services per the attached time sheet. | $50.00 | $845.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$845.00** |

| Date | Hours | Description |
|---|---|---|
| 5/18/2010 | 1.0 | Receive and review tax returns for Senior Adult and Isleworth, prepare files for same and review amendments made to the Pelican Bay Tax returns (1.0). |
| 5/19/2010 | 2.1 | Various communications with accountants re: questions with the tax returns (.3); receive and review various notices from the IRS and Dept. of Revenue and forward same to accountants for responses to same (.4), and send out completed tax returns and other tax responses with copy set made for Receiver files (1.4). |
| 5/20/2010 | 6.7 | Update the Cash Receipt and Disbursement Analysis from April of 2009 to the present (1.8); reconcile same with account balances and individual accounts (1.6); work on updating the individual analysis by corporation identity (2.3) various communications with investors re: status update (.3); and review corporate records re: responses to IRS questions re: tax documents filed (.7). |
| 5/25/2010 | 4.6 | Finalize the Cash Receipt and Disbursement Analysis from April of 2009 to the present and finalize the individual analysis by corporation identity, having all reconcile with each other (3.1); and review information previously sent to the accountants for completing the tax returns and prepare a package with information to be sent for the completion of the 2009 tax returns (1.5). |
| 5/26/2010 | .4 | Receive and review new tax notices and forward to accountant for abatement letter. |
| 5/28/2010 | 1.8 | Conference re: filing the 2009 tax returns for the Receivership entities (.2); compile and forwarded requested documents to the accounts for same (.5) review new tax notices received from the Dept. of Revenue and forward to accountant for abatement letter (.3); and update the files with pulled documents dealing with tax issues and investors (.8). |
| 5/31/2010 | .3 | Receive and review new tax notices from Dept. of Revenue and forward to accountant for abatement letter (.3). |
| | | |
| | 16.9 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:  July 1, 2010
Invoice No:  2010-42

Bill To:  Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10.3 | Paralegal Services per the attached time sheet. | $50.00 | $515.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$515.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 6/07/2010 | 1.0 | Receive the bank statements and reconcile all Receivership accounts and update QuickBooks re: same (.7) and various communications with investors re: update status of distribution. (.3). |
| 6/08/2010 | 1.8 | Work on draft of Receiver's Motion for Approval to Disburse Funds and update the accounting information pertaining to additional funds received and disbursed since hearing on objections to claims (1.3) and review the schedule of claims to verify latest information is included (.5). |
| 6/10/2010 | .7 | Telephone conferences with investors re: status of distribution (.4); and update investor files and items pulled for draft of motion for distribution authorization (.3). |
| 6/11/2010 | .2 | Receive signed copies of tax forms from the accountants and update files accordingly. |
| 6/14/2010 | 1.1 | Receive notification from the accountants that the FL Dept. of Revenue penalties have been waived (.2) review outstanding notices to confirm all years are accounted for (.3); communications with various investors re: status of the distribution (.2) and update the investor files with Receiver communications (.4). |
| 6/17/2010 | 3.1 | Receive various request from the accountants re: information and documents needed to complete the 2009 tax returns and forward the requested information (1.7); review bank accounts for account balances as of the end of 2009 (.3); pull claim distribution information for the Receiver and other information pertaining to the distribution amount (.7); receive correspondence from the IRS re: reversing lien assessment and look for the breakdown of the original amount on lien and forward information to accountants (.3); and receive information pertaining to lawsuit of claimant and update his claim file with same (.1). |
| 6/23/2010 | 1.4 | Receive and review forms 1120S corporate tax returns for 2004 – 2008 on Clarity Development, file same as a replacement for previously filed forms 1120 per instructions from the IRS and forward Power of Attorney and K-1's as required (1.0); various communications with investors re: status of disbursement to claimants (.4). |
| 6/28/2010 | .3 | Communications with various investors re:  status of the distribution. |
| 6/29/2010 | .3 | Communications with various investors re:  status of the distribution. |
| 6/30/2010 | .4 | Communications with various investors re:  status of the distribution (.2) and receive tax notice from the Florida Dept. of Revenue, verify tax return status and forward tax notice to accountants (.2). |
|  |  |  |
|  | 10.3 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: August 16, 2010
Invoice No: 2010-53

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10.8 | Paralegal Services per the attached time sheet. | $50.00 | $540.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$540.00** |

| Date | Hours | Description |
|------|-------|-------------|
| 7/01/2010 | 1.3 | Forward copy of tax return and requested information to Florida Dept. of Revenue and complete information requested on their tax form (.4) email to accountants new notice received re: Sunset Bay (.3) receive and review IRS notice of adjustment re: Senior Adult Living tax lien and forward information on same to accountants and request advise on payment of same (.3) and receive signed tax forms from the accountants and update the tax files accordingly (.3). |
| 7/12/2010 | 2.3 | Receive month end bank statements on all Receivership accounts and reconcile each account and update QuickBooks (.9); telephone conferences with investors re: status of disbursement (.3); and review various closing statements and backup information on trust account transactions to determine where remaining funds should be allocated (1.1). |
| 7/13/2010 | .3 | Pull information re: real estate tax issues and corporate ID numbers. |
| 7/26/2010 | .3 | Various telephone conferences with investors re: status of disbursement. |
| 8/02/2010 | .5 | Telephone conferences with investors re: status of disbursement (.1); telephone conference with investor who failed to file a Claim (.2) and forward to accountants tax notices received for processing (.2). |
| 8/09/2010 | .4 | Communications with investors re: status of disbursement (.2); telephone conference with investor who failed to file a Claim (.2). |
| 8/11/2010 | 3.3 | Receive and review escrow accounting re: deposits pertaining to rent distributions made on Patrick Kirkland's Sunset Bay unit prior to title turnover to the Receiver and prepare an accounting of same for check request (1.1); conference re: additional funds held in trust or escrow (.3); telephone conference with investor who failed to file a Claim (.2); reconcile Banco Popular Money Market account and update Quickbooks (.2); emails to investors re: status of disbursement and the report and recommendation filed (.5); receive and forward to accountants various new tax notices received for processing (.2); review outstanding tax issues (.3); order checks for disbursement to claimants upon receipt of order (.2); and update the investor files with recent communications (.3). |
| 8/12/2010 | 2.4 | Return 2009 tax returns to accountants for revisions (.3); prepare files for the 2009 tax returns (.4); conference re: preparing for disbursement to claimants (.3); telephone conferences with investors re: status of disbursements and review motion re: various individual disbursement amounts (.4) and begin pulling information to prepare for the disbursement to claimants (1.0). |
| | | |
| | 10.8 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:           September 20, 2010
Invoice No:     2010-61

Bill To:        Holland & Knight LLP
                200 South Orange Avenue
                Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 37.6 | Paralegal Services per the attached time sheet. | $50.00 | $1,880.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$1,880.00** |

Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 8/16/2010 | 4.5 | Communications with the bank re: closing the individual entity accounts and transferring funds to Senior Adult Living in anticipation of disbursement (.5); receive month end bank statements on all Receivership accounts and reconcile each account and update QuickBooks (1.0); telephone conference with investor re: status of disbursement (.1); and begin work on preparing envelopes and disbursement packages for when the Order is received and disbursement checks are to be sent out (2.9). |
| 8/17/2010 | 5.0 | Work with SunTrust representative on closing Receivership accounts and transferring all funds to the Senior Adult Living money market account (1.1); work with Banco Popular on closing two additional Receivership accounts (.6); update QuickBook accounting on the nine closed out SunTrust and Banco Popular accounts and update the bank files with the back up transfer slips and deposit slips re: same (2.7); various communications with counsel for investors and individual investors re: status of disbursement (.4); and forward IRS tax notice information to accountant (.2). |
| 8/18/2010 | .4 | Communications with investors re: status of disbursement (.2); and check status of check order for disbursement checks to be prepared (.2). |
| 8/31/2010 | 1.5 | Review claim forms for complete names to be issued on disbursement checks and update the investor files. |
| 9/01/2010 | 5.0 | Receive and review Order Authorizing Interim Distribution to Allowed Claimants (.2); review each allowed claimant file for any address updates, verify most current address of each claimant on the mailing labels and update same where necessary and prepare mailing labels and envelopes for distribution (2.7); review pertinent pleadings for the distribution and draft claimant letter for distribution (1.4); prepare documents to be used in distribution package mailout (.4) and conference re: preparing checks and mail out for distribution (.3). |
| 9/02/2010 | 6.5 | Prepare checks for claimant distribution (3.0); prepare correspondence for each claimant with information pertaining to their distribution (2.6) and verify accounting information for the distribution (.9). |
| 9/07/2010 | 3.1 | Work with the Receiver on verifying claimant information with the Court's order re: the distribution (1.4); and finalizing distribution packages (1.7). |
| 9/08/2010 | 1.8 | Various telephone conferences with investors re: disbursement checks (.3); telephone conference with counsel for investor re: additional names given for disbursement check (.2); conference re: pending issues (.2) and mail out to all claimants but few with remaining issues (1.1). |
| 9/09/2010 | 2.6 | Telephone conferences with investors re: their disbursement checks (.4); receive and review various tax power of attorneys from the accountants (.2); update all claimant files who have received a disbursement (1.7); and begin updating Quickbooks (.3). |
| 9/10/2010 | .9 | Telephone conference with bank re: Receivership accounts and money market transfer for distribution from checking account (.4); various telephone conferences with investors re: distribution checks (.2); and questions to accountant re: 2009 tax returns (.3). |
| 9/13/2010 | 1.6 | File 2009 corporate entity tax returns for Clarity, Isleworth, Pelican Bay, Sunset Bay and Tropical (1.0); receive and review various IRS tax notices and forward same to accountants (.3); and respond to various investor questions concerning the disbursement (.3). |
| 9/14/2010 | 2.7 | Input checks paid in disbursement on QuickBooks and reconcile the accounts with same (2.7). |
| 9/15/2010 | 2.0 | Conference with counsel for Receiver re: claimants statement that he is not a party to this matter (.2); forward disbursement per new instructions from claimant (.2); update the disbursement files with investor subsequent questions since disbursement (.6); review the disbursement procedures and draft response to questions concerning differences paid to various investors (.9); and response to bank re: check authority and disbursement (.1). |
|  |  |  |
|  | 37.6 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:          October 1, 2010
Invoice No:    2010-62

Bill To:     Holland & Knight LLP
             200 South Orange Avenue
             Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4.0 | Paralegal Services per the attached time sheet. | $50.00 | $200.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$200.00** |

## Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 9/20/2010 | .9 | Obtain updated addresses for distribution that have been returned for bad address (.4); telephone conference with investors re: remaining process for the Receivership (.2); and update investor files (.3). |
| 9/21/2010 | 1.1 | Reconcile the bank accounts and verify close out of all but the Senior Adult Living account (.8); request closing funds from Banco Popular account (.1); and telephone conference with investors re: disbursement (.2). |
| 9/22/2010 | .6 | Telephone conference with counsel for investor re: disbursement (.2) and organize check copies of disbursements in the accounting binders (.4). |
| 9/24/2010 | .2 | Telephone conference with investors re: tax information and status of closing the Receivership (.2). |
| 9/28/2010 | .5 | File finalized 2009 tax return for Senior Adult Living (.3); deposit interest funds from closed Banco Popular account and update Quickbooks (.2). |
| 9/29/2010 | .7 | Forward tax notices and information from the IRS to the accountants (.2); telephone call to attorney for investor re: re-issuing a check per new instructions (.2); and update files (.3). |
|  |  |  |
|  | 4.0 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:          October 18, 2010
Invoice No:    2010-65

Bill To:    Holland & Knight LLP
            200 South Orange Avenue
            Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10.2 | Paralegal Services per the attached time sheet. | $50.00 | $510.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$510.00** |

## Time Sheet

| Date | Hours | Description |
|---|---|---|
| 10/01/2010 | 1.2 | Re-issue check for investor Jacobs per his counsel's instructions (.2); receive and review the order on fees and costs, issue checks for same and update Quickbooks re: same (1.0). |
| 10/06/2010 | 4.0 | Update the account analysis for all Receivership accounts from April 2010 thru October 2010 (1.9); begin updating the individual entity account analysis up through closing of those accounts (2.1). |
| 10/07/2010 | 3.3 | Finalize updating the individual entity account analyses for the closed accounts (1.3); update the individual accounting for Senior Adult Living (1.7); and forward tax notices and account analyses to accountant for completion of outstanding tax issues (.3). |
| 10/08/2010 | 1.0 | Reconcile the checking account with all disbursement payouts (.8); and communications with accountant re: possible 1099 forms to claimants (.2). |
| 10/13/2010 | .3 | File remaining tax return and update the file for same (.3). |
| 10/15/2010 | .4 | Review claims log re: questions from investor (.2); and forward tax notices to accountants (.2). |
| | | |
| | 10.2 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date:         December 1, 2010
Invoice No:    2010-74

Bill To:     Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4.7 | Paralegal Services per the attached time sheet. | $50.00 | $235.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$235.00** |

## Time Sheet

| Date | Hours | Description |
| --- | --- | --- |
| 11/01/2010 | .2 | Telephone conference with Investor re: distribution process and possible additional distribution (.2). |
| 11/04/2010 | .8 | Pull various information and research corporate files re: acquisition of the Sunset Bay units sold in the Receivership and forward information to accountants for tax preparations (.8). |
| 11/05/2010 | .9 | Forward copies of Kirkland's tax K-1's to his daughter per his request (.2); update new address and contact information on various investors (.2); and reconcile the two remaining bank accounts and the Quickbook accounts for same (.5). |
| 11/29/2010 | 1.6 | Prepare files for final 2010 tax returns (.4); file all 2010 tax returns and prepare correspondence to the accountants re:  the K-1's filed (1.2). |
| 11/30/2010 | 1.2 | Take inventory of non corporate records located on the 19th floor (.5); review records and additional inventory on the 26th floor (.4); and conference re: same and potential close out of the Receivership (.3) . |
| | | |
| | 4.7 | **TOTAL** |

**Paralegal and Document Support, Inc.**
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:          December 3, 2010
Invoice No:    2010-75

Bill To:      Holland & Knight LLP
              200 South Orange Avenue
              Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.0 | Paralegal Services per the attached time sheet. | $50.00 | $100.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$100.00** |

## Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 11/16/2010 | 1.0 | Pull invoices for use in final application for fees. |
| 11/22/2010 | 1.0 | Pull additional invoices for use in final application for fees and add totals in contract paralegal category. |
| | | |
| | 2.0 | **TOTAL** |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:         December 16, 2010
Invoice No:    2010-77

Bill To:     Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.2 | Paralegal Services per the attached time sheet. | $50.00 | $110.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$110.00** |

## Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 12/01/2010 | 1.1 | Work on estimate of outstanding work needed to close out the receivership and review previous work done from the first distribution. |
| 12/06/2010 | .2 | Telephone conference with investor re: his desire to amend his claim and explanation of the claims process and the claims bar date. |
| 12/07/2010 | .4 | Monthly reconciliation the bank accounts and the QuickBook accounts. |
| 12/10/2010 | .3 | Telephone conference with investor re: additional distribution and questions concerning multiple investors on single properties. |
| 12/16/2010 | .2 | Receive and review correspondence from investor re: distribution process and draft response for same. |
| | | |
| | 2.2 | TOTAL |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: March 31, 2011
Invoice No: 2011-08

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3.4 | Paralegal Services per the attached time sheet. | $50.00 | $170.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$170.00** |

Time Sheet

| Date | Hours | Description |
|---|---|---|
| 1/12/2011 | .7 | Reconcile the bank accounts and update QuickBooks re: same (.3); prepare a memo re: 2 remaining non-cashed disbursement checks (.2) and correspondence to investors requesting status update (.2). |
| 1/27/2011 | .2 | Pull information pertaining to the sale of the Sunset Bay units for application to court (.2). |
| 1/31/2011 | .3 | Receive remaining funds from closing escrow of Scottish castle after payment of all expenses for same and deposit same (.2) and update QuickBooks re: this transaction (.1). |
| 2/09/2011 | .3 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3). |
| 2/18/2011 | .1 | Telephone conference with investor re: status of receivership (.1). |
| 3/03/2011 | .2 | Check the status of turnover of funds held in trust for title premiums on Receivership property (.2). |
| 3/04/2011 | .2 | Receive and review IRS tax notice and forward to IRS for instructions on how to handle same (.2). |
| 3/18/2011 | 1.0 | Receive tax returns for Kirkland/Isleworth Adult Community, file same with the IRS and forward Kirkland's K-1's for the years 2005 - 2010 (1.0). |
| 3/21/2011 | .3 | Telephone conference with investors re: status (.1) and review orders re: fee applications (.2). |
| 3/29/2011 | .1 | Pull information re: accountants notifications to the IRS re: abatement request (.1). |
| | | |
| | 3.4 | TOTAL |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida 34760

# INVOICE

Date: July 18, 2011
Invoice No: 2011-25

Bill To: Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida 32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.8 | Paralegal Services per the attached time sheet. | $50.00 | $90.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters)<br>107035.00001 | **TOTAL** | **$90.00** |

## Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 4/07/2011 | .3 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3). |
| 4/13/2011 | .1 | Pull information pertaining to the Receiver's abandonment of the Pembrooke properties for forwarding to the foreclosing agent |
| 5/02/2011 | .1 | Forward IRS penalty notice to accountants |
| 5/09/2011 | .3 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3). |
| 6/06/2011 | .3 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3). |
| 7/18/2011 | .7 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3); pull information pertaining to the payoff of Kirkland's residence for possible proof of claim with Washington Mutual and forward information with instructions to the real estate department (.4). |
| | | |
| | 1.8 | TOTAL |

Paralegal and Document Support, Inc.
Post Office Box 1055
Oakland, Florida  34760

# INVOICE

Date:              August 12, 2011
Invoice No:     2011-27

Bill To:     Holland & Knight LLP
200 South Orange Avenue
Orlando, Florida  32801

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.0 | Paralegal Services per the attached time sheet. | $50.00 | $100.00 |
| | SEC vs. Kirkland  (Receiver Non-Legal Matters) 107035.00001 | **TOTAL** | **$100.00** |

## Time Sheet

| Date | Hours | Description |
|------|-------|-------------|
| 8/12/2011 | 2.0 | Reconcile Senior Adult Living bank accounts and update QuickBooks (.3); receive and review order on accounting fees (.1); correspondence to SunTrust and process professional fees and expenses for accountants pursuant to the order (.7); confirm remaining checks that have not cleared (.3); and correspondence to investors of non cleared checks (.6). |
| | | |
| | **2.0** | **TOTAL** |