**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

        **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

        **Relief Defendants.**
_____

## ORDER

This case is before the Court on the Third Application for Approval of Receiver's Fees and Costs (Doc. No. 685) and the Third Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 686) filed September 19, 2011. The United States Magistrate Judge has submitted a report recommending that the Application for Receiver's Fees and Costs be granted and the Application for Receiver's Legal Counsel Fees and Costs be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2011 (Doc. No. 687) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Third Application for Approval of Receiver's Fees and Costs (Doc. No. 685) is **GRANTED.**

3. The Receiver is awarded $32,260.00 in fees and $719.87 in costs.

4. The Third Application for Approval of Fees and Costs of Receiver's Legal Counsel (Doc. No. 686) is **GRANTED in part.**

5. The Receiver's Legal Counsel is awarded $10,037.50 in fees and $15,790.84 for their costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___28th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge