# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

            **Plaintiff,**

-vs-                                                  Case No. 6:06-cv-183-Orl-28KRS

PATRICK KIRKLAND, TROPICAL
VILLAGE, INC., CLARITY
DEVELOPMENT CORPORATION, and
SENIOR ADULT LIVING
CORPORATION,

            **Defendants,**

SUNSET BAY CLUB, INC.,
SUMMERHILL VENTURES, INC.,
PELICAN BAY CLUB, INC., and
ISLEWORTH ADULT COMMUNITY,
INC.,

            **Relief Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** RECEIVER'S MOTION FOR AUTHORIZATION TO MAKE FINAL DISTRIBUTION TO APPROVE CLAIMANTS (Doc. No. 689)
>
> **FILED:** December 7, 2011

The Receiver asks permission to distribute $797,436.10 of the funds in the receivership accounts to claimants on a pro rata basis as set forth in Exhibit 1 to the motion. The Receiver will reserve approximately $6,500.00 for final fees and costs. No objections has been filed to the motion, and the time for responding has passed.

Accordingly, I respectfully recommend that the Court **GRANT** the motion and permit the Receiver to distribute $797,436.10 of the funds in the receivership accounts to claimants on a pro rata basis as set forth in Exhibit 1 to the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 28, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy