UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

-vs-  Case No. 6:06-cv-183-Orl-28KRS

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

Defendants,

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

Relief Defendants.

## ORDER

This case is before the Court on Receiver's Motion for Authorization to Make Final Distribution to Approved Claimants (Doc. No. 689) filed December 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

The Court has conducted an independent *de novo* review of the record in this matter and notes that Defendant Patrick Kirkland has filed a Motion to Retain One Hundred Thousand Dollars That Was His Prior to the Sale of Any Triplexes (Doc. 691). The Court interprets this Motion as an Objection to the Report and Recommendation. The Objection is overruled and the Clerk is directed to terminate the motion.

The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 28, 2011 (Doc. No. 690) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Receiver's Motion for Authorization to Make Final Distribution to Approved Claimants (Doc. No. 689) is **GRANTED**.

3. The Receiver shall distribute $797,436.10 of the funds in the receivership accounts to claimants on a pro rata basis as set forth on Exhibit 1 of the Receiver's Motion and which has been attached to this Order.

**DONE and ORDERED** in Chambers, Orlando, Florida this 23 day of January, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party