# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

     **Plaintiff,**

-vs-              **Case No. 6:06-cv-183-Orl-28KRS**

**PATRICK KIRKLAND, TROPICAL VILLAGE, INC., CLARITY DEVELOPMENT CORPORATION, and SENIOR ADULT LIVING CORPORATION,**

     **Defendants,**

**SUNSET BAY CLUB, INC., SUMMERHILL VENTURES, INC., PELICAN BAY CLUB, INC., and ISLEWORTH ADULT COMMUNITY, INC.,**

     **Relief Defendants.**

_____

# ORDER

This case is before the Court on the Receiver's Final Accounting and Motion for Discharge of Receiver (Doc. No. 695) filed July 12, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 6, 2012 (Doc. No. 697) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Discharge of Receiver (Doc. No. 695) is **GRANTED**.

3. The Receiver shall return any excess funds in the receivership estate, including the funds from the checks to Norma Elliott and Andrew Yankama Rev. Tr., to the Securities and Exchange Commission ("SEC") as unclaimed funds.

4. The Receiver is authorized to dispose of or donate the various miscellaneous items in her possession.

5. The Receiver is hereby discharged and relieved of further duties, obligations or liabilities in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of September, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party